UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-04504-JHN -PLAx | Date | June 7, 2011 |
|---|---|---|---|
| Title | Medsquire LLC v. Spring Medical Systems Inc et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER ON TRANSFER OF CASE TO JUDGE NGUYEN  (In Chambers)

This action has been reassigned to the HONORABLE JACQUELINE H. NGUYEN, United States District Judge.  Please substitute the initials JHN in place of the initials DSF.  The case number will now read: **2:11-cv-04504-JHN -PLAx.**  Henceforth, it is imperative that the initials JHN be used on all documents to prevent any delays in processing of documents.

Judge Nguyen's courtroom deputy clerk is Alicia Mamer and can be reached at  213-894-2554.  Judge Nguyen's courtroom is located at the Roybal Federal Building, Courtroom 790 (on the 7th floor). **Additional information about Judge Nguyen's procedures is available on her website profile (at www.cacd.uscourts.gov).**

Counsel shall e-file all criminal and civil filings for JUDGE NGUYEN pursuant to Federal Rules of Civil Procedure 5(d)(3), Local Rule 5-4, and General Orders 06-07, 08-03, as follows:

Step 1:        All non-signature items shall be E-FILED in pdf format.  All proposed signature items shall be E-FILED as an attachment to the main document in pdf format.

Step 2:        All proposed signature items shall be E-MAILED to the chambers email address at jhn_(underscore)chambers@cacd.uscourts.gov in Word or Word Perfect format. ONLY proposed signature items  should be emailed to the chambers' email address.  Please do NOT email other associated documents, and do NOT use this email address for communication with the Court or the clerk.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-04504-JHN -PLAx | Date | June 7, 2011 |
|---|---|---|---|
| Title | Medsquire LLC v. Spring Medical Systems Inc et al. | | |

Step 3:      A chambers copy of stipulations, proposed orders, and ex parte applications is NOT required unless exhibits are attached. A MANDATORY CHAMBERS COPY is required for all other filings. The chambers copy shall be delivered to the DROP BOX OUTSIDE the Clerk's Office located at Suite 181-L, 255 East Temple Street, no later than 12:00 noon the business day following any electronic filing or on the same day, if priority processing is being requested. The documents must comply with Local Rule 11-3 and be blue-backed, proper font size, page numbering, tabbing, etc. Each document must be prominently labeled "CHAMBERS COPY" on the front page. All copies delivered to the courtesy bin shall have the notice of E-filing attached to the back of the document. DO NOT PLACE THESE COPIES IN ENVELOPES.

*FOR UNDER SEAL FILINGS*

Process documents the traditional way (ORIGINAL PLUS ONE COPY OF EACH UNDER SEAL ITEM AND AN ENVELOPE FOR EACH ITEM, UNSEALED), manually filed at Civil Intake (Spring Street Courthouse), with the Notice of Manual Filing attached.  DO NOT DELIVER COURTESY COPIES.  DO NOT SEND THESE DOCUMENTS TO THE CHAMBERS EMAIL ADDRESS.

A **Pro Se Clinic** is now available for litigants representing themselves.   It offers on-site information and guidance.  The clinic is administered by a non-profit law firm, Public Counsel, not by the Court.  The Clinic is open Mondays, Wednesdays and Fridays from 10:00 a.m. to 4:00 p.m.  It is located at The U. S. Courthouse, 312 N Spring Street, Room 525 (fifth floor), Los Angeles, CA, 90012.  For more information, call 213-385-2977 ext 270 or access their website at www.cacd.uscourts.gov/ProSe.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-04504-JHN -PLAx | Date | June 7, 2011 |
|---|---|---|---|
| Title | Medsquire LLC v. Spring Medical Systems Inc et al. | | |