1  Nancy Sher Cohen SBN 81706
   ncohen@proskauer.com
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA 90067-3206
   Telephone:    310.284.5655
4  Facsimile:    310.557.2193

5  Bruce E. Fader SBN 1147016 (*pro hac vice* to be filed)
   bfader@proskauer.com
6  Baldassare Vinti SBN 3017811 (*pro hac vice* to be filed)
   bvinti@proskauer.com
7  PROSKAUER ROSE LLP
   Eleven Times Square
8  New York, NY 10036-8299
   Telephone:   212.969.3000
9  Facsimile:   212.969.2900
   Attorneys for Defendant
10 HENRY SCHEIN MEDICAL SYSTEMS, INC.

11                  UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13

14

15 MEDSQUIRE, LLC                          Case No.  cv11-04504-JHN (PLAx)

16               Plaintiff.
                                           **STIPULATION TO EXTEND**
16        vs.                              **TIME TO RESPOND TO INITIAL**
                                           **COMPLAINT BY NOT MORE**
17                                         **THAN 30 DAYS (L.R. 8-3)**
   SPRING MEDICAL SYSTEMS, INC.;
18 QUEST DIAGNOSTICS, INC.;
   NEXTGEN HEALTHCARE                      Complaint served: May 27, 2011
19 INFORMATION SYSTEMS, INC.;              Current response date: June 17, 2011
   HENRY SCHEIN MEDICAL SYSTEMS,           New response date: July 18, 2011
20 INC.; HEWLETT-PACKARD
   COMPANY; APRIMA MEDICAL                 Judge: Jacqueline H. Nguyen
21 SOFTWARE, INC.; eCLINICALWORKS,
   LLC; MED3000, INC.; PULSE
22 SYSTEMS, INC.; COMPULINK
   BUSINESS SYSTEMS, INC.; NEXTECH
23 SYSTEMS, INC.; NAVINET, INC.;
   successEHS, INC.; athenaHEALTH, INC.
24
                 Defendant.
25

26

27

28

                    **STIPULATION RE RESPONSE TO COMPLAINT**

Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY STIPULATED by and between Plaintiff MEDSQUIRE LLC and Defendant HENRY SCHEIN MEDICAL SYSTEMS, INC. ("Henry Schein"), through their respective counsel, that Defendant Henry Schein's date to answer, move, or otherwise respond to the Complaint in this action is extended from June 17, 2011 until and including July 18, 2011.

DATED: June 10, 2011

Nancy Sher Cohen
PROSKAUER ROSE LLP


By:    /s/ Nancy Sher Cohen
           Nancy Sher Cohen

Attorneys for Defendant
HENRY SCHEIN MEDICAL SYSTEMS, INC.

DATED: June 10, 2011

Lawrence M. Hadley
HENNIGAN DORMAN LLP


By:   /s/  Lawrence M. Hadley
           Lawrence M. Hadley

Attorneys for Plaintiff
MEDSQUIRE LLC

**STIPULATION RE RESPONSE TO COMPLAINT**