1  HENNIGAN DORMAN LLP
   RODERICK G. DORMAN (SBN 96908)
2  dormanr@hdlitigation.com
   LAWRENCE M. HADLEY (SBN 157728)
3  hadleyl@ hdlitigation.com
   865 South Figueroa Street, Suite 2900
4  Los Angeles, California 90017
   (213) 694-1200 - Telephone
5  (213) 694-1234 - Facsimile

6  Attorneys for Plaintiff MEDSQUIRE, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MEDSQUIRE, LLC | Case No. CV11-04504-JHN (PLAx) |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED STIPULATION TO EXTEND SUCESSEHS TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC. | Complaint served: May 31, 2011<br>Current response date: June 21, 2011<br>New response date: July 21, 2011<br><br>Hon. Jacqueline H. Nguyen |
| Defendants. | |

1  Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY
2  STIPULATED by the parties to this case, through their respective counsel, that
3  Defendant SuccessEHS' date for responding to the Complaint in this action is
4  extended by 30 days such that SucessEHS shall have until and including July 21,
5  2011 to answer or otherwise respond to the Complaint in this action.

7  DATED:   June 8, 2011          HENNIGAN DORMAN LLP

10                                  By    /s/Lawrence M. Hadley
                                          Lawrence M. Hadley

11                                  Attorneys for Plaintiff, MEDSQUIRE LLC

12  DATED:   June 8, 2011          SUCESSEHS

15                                  By    /s/Elizabeth N. Pitman
                                          Elizabeth N. Pitman

17                                  Corporate Counsel for Defendant SuccessEHS