HENNIGAN DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@hdlitigation.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff MEDSQUIRE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>Defendants. | Case No. CV11-04504-JHN (PLAx)<br><br>**PROOF OF SERVICE ON SUMMONS AND COMPLAINT** |

CV11-04504-JHN (PLAx)
iManage\1752508.1

PROOF OF SERVICE ON SUMMONS/COMPLAINT

AO 440 (Rev. 12/09) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br>*Plaintiff*<br>v.<br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC;, NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; et al.<br>*Defendant* | ) ) ) ) ) ) ) ) ) | CV11-4504 (~~DSF~~ JHN) (~~AGRx~~ PLA(x))<br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SEE ATTACHMENT A


    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Hennigan Dorman LLP
    Lawrence M. Hadley
    865 South Figueroa Street, Suite 2900
    Los Angeles, California  90017


    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                                                CLERK OF COURT

Date: 5-25-11                                          _____
                                                              *Signature of Clerk or Deputy Clerk*


American LegalNet, Inc.
www.FormsWorkFlow.com

MEDSQUIRE, LLC v. S\ .G MEDICAL SYSTEMS, INC.;

## ATTACHMENT A TO SUMMONS IN A CIVIL ACTION

1. Spring Medical Systems, Inc.
   c/o Patricia Watson
   14511 Falling Creek Drive, Suite 305
   Houston, TX  77014-1280

2. Quest Diagnostics, Inc.
   c/o Corporation Service Company
   Which Will Do Business In California As
   CSC - Lawyers Incorporating
   2730 Gateway Oaks Drive, Suite 100
   Sacramento, CA  95833-3503

3. Nextgen Healthcare Information Systems, Inc.
   c/o CT Corporation System
   818 West 7th Street
   Los Angeles, CA  90017-3407

4. Henry Schein Medical Systems, Inc.
   c/o CSC-Lawyers Incorporating Service
   (Corporation Service Company)
   50 W. Broad Street, Suite 1800
   Columbus, Ohio  43215-5910

5. Hewlett-Packard Company
   c/o CT Corporation System
   818 West 7th Street
   Los Angeles, CA  90017-3407

6. Aprima Medical Software, Inc.
   c/o Corporation Service Company
   dba CSC – Lawyers Incorporating Service Company
   211 East 7th Street, Suite 620
   Austin, Texas  78701-3218

7. eClinicalWorks, LLC
   c/o CT Corporation System
   818 West 7th Street
   Los Angeles, CA  90017-3407

MEDSQUIRE, LLC v. S   G MEDICAL SYSTEMS, INC.;

## ATTACHMENT A TO SUMMONS IN A CIVIL ACTION

8. Med3000, Inc.
   c/o Corporation Service Company
   Which Will Do Business In California As
   CSC – Lawyers Incorporating
   2730 Gateway Oaks Drive, Suite 100
   Sacramento, CA  95833-3503

9. Pulse Systems, Inc.
   c/o Alif Hourani
   2959 N. Rock Road, Suite 400
   Wichita, Kansas  67226-1197

10. Compulink Business Systems, Inc.
    c/o Wilson Lwk
    6440 Twin Springs
    Agoura, CA  91327

11. Nextech Systems, Inc.
    c/o Gregory C. McKhann
    1065 Castlerock Lane
    Santa Ana, CA  92705-6110

12. Navinet, Inc.
    c/o Corporation Service Company
    Which Will Do Business In California As
    CSC – Lawyers Incorporating
    2730 Gateway Oaks Drive, Suite 100
    Sacramento, CA  95833-3503

13. SuccessEHS, Inc.
    c/o Ross N. Cohen
    1200 Amsouth Harbert Plaza
    1901 S. Ave N
    Birmingham, AL  35203

MEDSQUIRE, LLC v. SI......G MEDICAL SYSTEMS, INC.; ...

## ATTACHMENT A TO SUMMONS IN A CIVIL ACTION

14. athenaHEALTH, Inc.
    c/o Corporation Service Company
    Which Will Do Business In California As
    CSC – Lawyers Incorporating
    2730 Gateway Oaks Drive, Suite 100
    Sacramento, CA 95833-3503

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LAWRENCE M. HADLEY<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 SOUTH FIGUEROA STREET<br>SUITE 2900<br>LOS ANGELES, CA 90017<br>Telephone No: 213-694-1200    FAX No: 213-694-1234 | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | | |
| Plaintiff: MEDSQUIRE, LLC | | |
| Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-4504 DSF (AGRX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:             SPRING MEDICAL SYSTEMS, INC.
   b. Person served:            JACK B. SMYTH, PRESIDENT AUTHORIZED TO ACCEPT SERVICE.
                                SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   3648 FM 1960 WEST
                                         SUITE 100
                                         HOUSTON, TX 77068

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 01, 2011 (2) at: 5:05PM

7. *Person Who Served Papers:*                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ERIK GUZMAN                                               d. *The Fee for Service was:*

   First Legal
   301 Civic Center Drive West                                  e. I am: Not a Registered California Process Server
   Santa Ana, CA 92701
   Telephone   (714) 541-1110
   Fax         (714) 541-8182
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Jun. 03, 2011

                                                                        (ERIK GUZMAN)

Judicial Council Form                    PROOF OF SERVICE                           4940900.lawha.370577
Rule 2.150.(a)&(b) Rev January 1, 2007

| Attorney or Party without Attorney: <br> LAWRENCE M. HADLEY <br> HENNIGAN, BENNETT & DORMAN LLP <br> 865 SOUTH FIGUEROA STREET <br> SUITE 2900 <br> LOS ANGELES, CA 90017 <br> Telephone No: 213-694-1200    FAX No: 213-694-1234 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | |
| Plaintiff: MEDSQUIRE, LLC <br> Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL. | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV11-4504 DSF (AGRX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:   QUEST DIAGNOSTICS, INC.
   b. Person served:   BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 9:45AM

7. Person Who Served Papers:                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Morris
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:   10-016
       (iii) County:   Placer
       (iv)  Expiration Date:   Sat, Jul. 21, 2012

   First Legal
   1814 "I" Street
   Sacramento, CA 95814
   Telephone  (916) 444-5111
   Fax        (916) 443-3111
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 02, 2011

                                                                             (Michael Morris)

Judicial Council Form                         PROOF OF SERVICE                                    4941217.lawha.370464
Rule 2.150.(a)&(b) Rev January 1, 2007

| Attorney or Party without Attorney: <br> LAWRENCE M. HADLEY <br> HENNIGAN, BENNETT & DORMAN LLP <br> 865 SOUTH FIGUEROA STREET <br> SUITE 2900 <br> LOS ANGELES, CA  90017 <br> Telephone No: 213-694-1200    FAX No: 213-694-1234 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: MEDSQUIRE, LLC
Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV11-4504 DSF (AGRX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:           NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.
   b. Person served:          MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    818 WEST 7TH STREET
                                          2ND FLOOR
                                          LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 8:27AM

7. *Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG  FORREST                         d. *The Fee for Service was:*

   First Legal                              e. I am: (3) registered California process server
   1511 West Beverly Blvd.                      (i)   Independent Contractor
   Los Angeles, CA 90026                        (ii)  Registration No.:    5141
   Telephone   (213) 250-9111                   (iii) County:              Los Angeles
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 02, 2011

                                                                    (DOUG FORREST)

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| LAWRENCE M. HADLEY<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 SOUTH FIGUEROA STREET<br>SUITE 2900<br>LOS ANGELES, CA  90017<br>Telephone No: 213-694-1200     FAX No: 213-694-1234<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: MEDSQUIRE, LLC
Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-4504 DSF (AGRX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:             HENRY SCHEIN MEDICAL SYSTEMS, INC.
   b. Person served:            DEANNE SCHAUSEIL, Person Authorized By The Corporation to Receive Service of Process. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    50 W. BROAD STREET
                                           SUITE 1800
                                           COLUMBUS, OH  43215

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 11:35AM

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TINA L. SCHROEDER
                                                  d. *The Fee for Service was:*
                                                  e. I am: Not a Registered California Process Server

   First Legal
   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone    (714) 541-1110
   Fax          (714) 541-8182
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Jun. 03, 2011

   PROOF OF SERVICE     (TINA L. SCHROEDER)

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| LAWRENCE M. HADLEY<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 SOUTH FIGUEROA STREET<br>SUITE 2900<br>LOS ANGELES, CA 90017<br>Telephone No: 213-694-1200   FAX No: 213-694-1234 | | | | | |
| Ref. No. or File No.: | | | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| United States District Court, Central District Of California | | | | | |
| Plaintiff: MEDSQUIRE, LLC | | | | | |
| Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-4504 DSF (AGRX) | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:           HEWLETT-PACKARD COMPANY
   b. Person served:          MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    818 WEST 7TH STREET
                                          2ND FLOOR
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 8:25AM

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
                                                          d. **The Fee** for Service was:
                                                          e. I am: (3) registered California process server
   First Legal
   1511 West Beverly Blvd.                                   (i)   Independent Contractor
   Los Angeles, CA 90026                                     (ii)  Registration No.:   5141
   Telephone   (213) 250-9111                                (iii) County:             Los Angeles
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 02, 2011

                                                          (DOUG FORREST)
                                                                          4941218.lawha.370452

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007

| Attorney or Party without Attorney: <br> LAWRENCE M. HADLEY <br> HENNIGAN, BENNETT & DORMAN LLP <br> 865 SOUTH FIGUEROA STREET <br> SUITE 2900 <br> LOS ANGELES, CA 90017 <br> Telephone No: 213-694-1200   FAX No: 213-694-1234 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: MEDSQUIRE, LLC
Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV11-4504 DSF (AGRX) |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:  APRIMA MEDICAL SOFTWARE, INC.
   b. Person served: SUSAN VERTREES, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:*  211 EAST 7TH STREET
   SUITE 620
   AUSTIN, TX 78701

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 2:55PM

7. *Person Who Served Papers:*                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JASON CARSON
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

   **First Legal**
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Jun. 03, 2011

   Judicial Council Form                       PROOF OF SERVICE              (JASON CARSON)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                    4940904.lawha.370580

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LAWRENCE M. HADLEY<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 SOUTH FIGUEROA STREET<br>SUITE 2900<br>LOS ANGELES, CA 90017<br>Telephone No: 213-694-1200    FAX No: 213-694-1234 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Central District Of California |

Plaintiff: MEDSQUIRE, LLC
Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-4504 DSF (AGRX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:         eCLINICALWORKS, LLC
   b. Person served:        MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    818 WEST 7TH STREET
                                          2ND FLOOR
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 8:25AM

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                          d. **The Fee** for Service was:

   **First Legal**
   1511 West Beverly Blvd.                  e. I am: (3) registered California process server
   Los Angeles, CA 90026                       (i)   Independent Contractor
   Telephone  (213) 250-9111                   (ii)  Registration No.:    5141
   Fax        (213) 250-1197                   (iii) County:              Los Angeles
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 02, 2011

   Judicial Council Form                    PROOF OF SERVICE              (DOUG FORREST)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                  4941219.lawha.370458

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LAWRENCE M. HADLEY<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 SOUTH FIGUEROA STREET<br>SUITE 2900<br>LOS ANGELES, CA 90017 | | |
| Telephone No: 213-694-1200   FAX No: 213-694-1234 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court, Central District Of California | | |
| Plaintiff: MEDSQUIRE, LLC | | |
| Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-4504 DSF (AGRX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:            MED3000, INC.
   b. Person served:           BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE,
                               REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   2730 GATEWAY OAKS DRIVE
                                         SUITE 100
                                         SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 9:45AM

7. **Person Who Served Papers:**     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Morris
   
   d. **The Fee** for Service was:
   
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:     10-016
       (iii) County:                Placer
       (iv)  Expiration Date:       Sat, Jul. 21, 2012

First Legal
1814 "I" Street
Sacramento, CA 95814
Telephone   (916) 444–5111
Fax         (916) 443–3111
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 02, 2011

                                                                    (Michael Morris)

| Attorney or Party without Attorney: <br> LAWRENCE M. HADLEY <br> HENNIGAN, BENNETT & DORMAN LLP <br> 865 SOUTH FIGUEROA STREET <br> SUITE 2900 <br> LOS ANGELES, CA 90017 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 213-694-1200        FAX No: 213-694-1234 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | | | | |
| Plaintiff: MEDSQUIRE, LLC | | | | |
| Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV11-4504 DSF (AGRX) |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. *Party served:*          PULSE SYSTEMS, INC.
   b. *Person served:*         ALFI HOURANI, AGENT AUTHORIZED TO ACCEPT SERVICE, SERVED UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:*    2959 N. ROCK ROAD
                                              SUITE 400
                                              WICHITA, KS 67226

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 31, 2011 (2) at: 2:45PM

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. HILLARY GULLETT                    d. *The Fee for Service was:*
                                         e. I am: Not a Registered California Process Server

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone    (213) 250-9111
   Fax          (213) 250-1197
   www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Jun. 03, 2011

                                    PROOF OF SERVICE                    (HILLARY GULLETT)
                                                                         4940905.lawha.370582

Judicial Council Form
Rule 2.150,(a)&(b) Rev January 1, 2007

| Attorney or Party without Attorney:<br>LAWRENCE M. HADLEY<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 SOUTH FIGUEROA STREET<br>SUITE 2900<br>LOS ANGELES, CA  90017<br>Telephone No: 213-694-1200     FAX No: 213-694-1234 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | | | | | |
| Plaintiff: MEDSQUIRE, LLC | | | | | |
| Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL. | | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-4504 DSF (AGRX) | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:   COMPULINK BUSINESS SYSTEMS, INC.
   b. Person served:  YVETTE GAMBINA, Person Authorized By The Corporation to Receive Service of Process. Served Under F.R.C.P. Rule 4.

4. Address where the party was served:  2645 TOWNSEND ROAD
   SUITE 200
   WESTLAKE VILLAGE, CA  91361

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 08, 2011 (2) at: 9:05AM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Timothy Siciliano                                 d.  *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**                  e.  I am: (3) registered California process server
      5450 RALSTON AVE                                          (i)   Independent Contractor
      VENTURA, CA  93003                                        (ii)  *Registration No.:*    452
   c. 805-654-1535                                              (iii) *County:*              Ventura

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Jun. 10, 2011

                                                                       (Timothy Siciliano)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | 4941221.lawha.370444 |
|---|---|---|

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| LAWRENCE M. HADLEY <br> HENNIGAN, BENNETT & DORMAN LLP <br> 865 SOUTH FIGUEROA STREET <br> SUITE 2900 <br> LOS ANGELES, CA 90017 | | | | | |
| Telephone No: 213-694-1200    FAX No: 213-694-1234 | | | | | |
| | | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| United States District Court, Central District Of California | | | | | |
| Plaintiff: MEDSQUIRE, LLC | | | | | |
| Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV11-4504 DSF (AGRX) | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:           NAVINET, INC.
   b. Person served:          BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    2730 GATEWAY OAKS DRIVE
                                          SUITE 100
                                          SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 9:45AM

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Morris                                   d. **The Fee** for Service was:

   First Legal
   1814 "I" Street
   Sacramento, CA 95814
   Telephone    (916) 444-5111
   Fax          (916) 443-3111
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    10-016
      (iii) County:               Placer
      (iv)  Expiration Date:     Sat, Jul. 21, 2012

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 02, 2011

                                                                        (Michael Morris)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007                                  4941223.lawha.370468

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LAWRENCE M. HADLEY<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 SOUTH FIGUEROA STREET<br>SUITE 2900<br>LOS ANGELES, CA  90017<br>*Telephone No:* 213-694-1200   *FAX No:* 213-694-1234 | | |
| *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* MEDSQUIRE, LLC
*Defendant:* SPRING MEDICAL SYSTEMS, INC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-4504 DSF (AGRX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. *Party served:*   SUCCESSEHS, INC.
   b. *Person served:*  WILLIAM FOX, CHEIF FINANCIAL OFFICER AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:*   1 METROPLEX DRIVE
   SUITE 500
   BIRMINGHAM, AL  35209

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 31, 2011 (2) at: 10:15AM

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRISTOPHER  MANNING                     d. *The Fee for Service was:*
                                                                        e. I am: Not a Registered California Process Server



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone    (213) 250-9111
Fax               (213) 250-1197
www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Jun. 08, 2011

PROOF OF SERVICE          *(signature)* (CHRISTOPHER MANNING)

Judicial Council Form                                                          49409006.lawha.370575
Rule 2.150.(a)&(b) Rev January 1, 2007          PROOF OF SERVICE

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LAWRENCE M. HADLEY<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 SOUTH FIGUEROA STREET<br>SUITE 2900<br>LOS ANGELES, CA  90017 | | |
| Telephone No: 213-694-1200    FAX No: 213-694-1234 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court, Central District Of California | | |
| Plaintiff: MEDSQUIRE, LLC | | |
| Defendant: SPRING MEDICAL SYSTEMS, INC., ET AL. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-4504 DSF (AGRX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Related Case; Notice To Parties Of Adr Program; Adr Program Questionnaire (Blank); Clerk's Office Services For Attorneys And The General Public; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:            athenaHEALTH, INC.
   b. Person served:           BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE,
                               REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    2730 GATEWAY OAKS DRIVE
                                          SUITE 100
                                          SACRAMENTO, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 9:45AM

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Morris                                                d. **The Fee for Service was:**

   1814 "I" Street                    e. I am: (3) registered California process server
   Sacramento, CA 95814                   (i)   Independent Contractor
   Telephone    (916) 444–5111            (ii)  Registration No.:     10-016
   Fax          (916) 443–3111            (iii) County:               Placer
   www.firstlegalnetwork.com              (iv)  Expiration Date:      Sat, Jul. 21, 2012

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 02, 2011

                                                                    (Michael Morris)
                                                                    4941224.lawha.370446

Judicial Council Form                      PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007