HENNIGAN DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@ hdlitigation.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff MEDSQUIRE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>Defendants. | Case No. CV11-04504-JHN (PLAx)<br><br>**STIPULATION TO EXTEND TIME FOR HEWLETT-PACKARD TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 27, 2011<br>Current response date: June 17, 2011<br>New response date: July 18, 2011<br><br>Hon. Jacqueline H. Nguyen |

CV11-04504-JHN (PLAx)                    STIPULATION RE RESPONSE TO COMPLAINT
iManage\1753568.1

1    Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY
2  STIPULATED by the parties to this case, through their respective counsel, that
3  Defendant Hewlett-Packard Co.'s date for responding to the Complaint in this action
4  is extended by 30 days such that Hewlett-Packard Co. shall have until and including
5  July 18, 2011 to answer or otherwise respond to the Complaint in this action.

7  DATED:   June 14, 2011          HENNIGAN DORMAN LLP

10                                 By     /s/Lawrence M. Hadley
                                         Lawrence M. Hadley

11                                 Attorneys for Plaintiff, MEDSQUIRE LLC

12 DATED:   June 14, 2011          HEWLETT-PACKARD COMPANY

15                                 By     /s/Rob Case -------------
                                         Rob Case
16                                 Senior IP Litigation Counsel for Defendant
                                   Hewlett-Packard Co.

HENNIGAN DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA