Harry P. "Hap" Weitzel (SBN 149934)
E-mail: weitzelh@pepperlaw.com
Jeffrey M. Goldman (SBN 233840)
E-mail: goldmanj@pepperlaw.com
PEPPER HAMILTON LLP
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: 949.567.3500
Fax: 949.863.0151

Attorneys for Defendant
NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICA SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.,<br><br>Defendants. | Case No. CV11-4504 JHN (PLAx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 27, 2011<br>Current response date: June 17, 2011<br>New response date: July 18, 2011 |

1    Pursuant to Local Rule 8-3, Plaintiff Medsquire, LLC ("Medsquire"), on the one
2    hand, and Defendant NextGen Healthcare Systems, Inc. ("NextGen"), on the other
3    hand, through their respective counsel, hereby stipulate and agree as follows:
4    WHEREAS, on May 25, 2011, Medsquire filed the Complaint in the instant
5    action in this Court;
6    WHEREAS, on May 27, 2011, Medsquire served NextGen with the
7    Complaint;
8    WHEREAS, prior to the deadline for NextGen to respond to the Complaint,
9    Plaintiff voluntarily dismissed defendant Nextech Systems, Inc.;
10   WHEREAS, the time for NextGen to respond to the Complaint currently is
11   June 17, 2011;
12   WHEREAS, Medsquire and NextGen have stipulated and agreed that
13   NextGen shall have a thirty day extension of time to respond to the Complaint;
14   WHEREAS, the agreed-to extension will result in NextGen's response to the
15   Complaint being due on or before <u>July 18, 2011</u>.
16   NOW, THEREFORE, the parties stipulate and agree as follows:
17   The response of Defendant NextGen Healthcare Information Systems, Inc. to
18   Plaintiff Medsquire, LLC's Complaint, including, but not limited to, an Answer or
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

STIPULATION TO EXTEND TIME FOR NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC. TO
RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

1  Motion pursuant to Federal Rule of Civil Procedure 12, shall be filed and served on
2  or before July 18, 2011.
3
4  Dated:       June 14, 2011                    PEPPER HAMILTON LLP
5                                                By: /s/ Jeffrey M. Goldman
6                                                HARRY P. "HAP" WEITZEL
                                                  JEFFREY M. GOLDMAN
7                                                Attorneys for Defendant
8                                                NEXTGEN HEALTHCARE
                                                  SYSTEMS, INC.
9
10 Dated:       June 14, 2011                    HENNIGAN DORMAN LLP
11                                                By: /s/ Lawrence M. Hadley
12                                                RODERICK G. DORMAN
                                                  LAWRENCE M. HADLEY
13                                                Attorneys for Plaintiff
14                                                MEDSQUIRE, LLC

STIPULATION TO EXTEND TIME FOR NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC. TO
RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)