1  HENNIGAN DORMAN LLP
   RODERICK G. DORMAN (SBN 96908)
2  dormanr@hdlitigation.com
   LAWRENCE M. HADLEY (SBN 157728)
3  hadleyl@ hdlitigation.com
   865 South Figueroa Street, Suite 2900
4  Los Angeles, California 90017
   (213) 694-1200 - Telephone
5  (213) 694-1234 - Facsimile

6  Attorneys for Plaintiff MEDSQUIRE, LLC

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  MEDSQUIRE, LLC | Case No. CV11-04504-JHN (PLAx) |
| 12                    Plaintiff, | |
| 13  vs. | **STIPULATION TO EXTEND TIME FOR MED3000, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 14  SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC. | Complaint served: May 27, 2011<br>Current response date: June 17, 2011<br>New response date: July 18, 2011<br><br>Hon. Jacqueline H. Nguyen |
| 22                    Defendants. | |

Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel, that Defendant MED3000's date for responding to the Complaint in this action is extended by 30 days such that MED3000 shall have until and including July 18, 2011 to answer or otherwise respond to the Complaint in this action.

DATED: June 16, 2011       HENNIGAN DORMAN LLP


By  */s/Lawrence M. Hadley*
    Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

DATED: June 16, 2011       REED SMITH LLP


By  */s/Kirsten R. Rydstrom*
    Kirsten R. Rydstrom

Counsel for Defendant MED3000, Inc.