HENNIGAN DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@ hdlitigation.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff MEDSQUIRE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>Defendants. | Case No. CV11-04504-JHN (PLAx)<br><br>**STIPULATION TO EXTEND TIME FOR QUEST DIAGNOSTICS, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 27, 2011<br>Current response date: June 17, 2011<br>New response date: July 18, 2011<br><br>Hon. Jacqueline H. Nguyen |

CV11-04504-JHN (PLAx)
iManage\1753748.1

**STIPULATION RE RESPONSE TO COMPLAINT**

Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel, that Defendant Quest Diagnostics' date for responding to the Complaint in this action is extended by 30 days such that Quest Diagnostics shall have until and including July 18, 2011 to answer or otherwise respond to the Complaint in this action.

DATED: June 16, 2011        HENNIGAN DORMAN LLP

By  */s/Lawrence M. Hadley*
      Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

DATED: June 16, 2011        QUEST DIAGNOSTICS

By  */s/Pamela J. Wong*-------------
      Pamela J. Wong

Corporate Counsel for Defendant Quest Diagnostics, Inc.