HENNIGAN DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@ hdlitigation.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff MEDSQUIRE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>               Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>               Defendants. | Case No. CV11-04504-JHN (PLAx)<br><br>**STIPULATION TO EXTEND TIME FOR ATHENAHEALTH, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 27, 2011<br>Current response date: June 17, 2011<br>New response date: July 18, 2011<br><br>Hon. Jacqueline H. Nguyen |

Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel, that Defendant AthenaHealth's date for responding to the Complaint in this action is extended by 30 days such that AthenaHealth shall have until and including July 18, 2011 to answer or otherwise respond to the Complaint in this action.

DATED:   June 16, 2011          HENNIGAN DORMAN LLP


                                 By   /s/Lawrence M. Hadley
                                      Lawrence M. Hadley

                                 Attorneys for Plaintiff, MEDSQUIRE LLC

DATED:   June 16, 2011          WOLF, GREENFIELD & SACKS, P.C.


                                 By   /s/Michael A. Albert------------
                                      Michael A. Albert

                                 Counsel for Defendant AthenaHealth, Inc.