HENNIGAN DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@ hdlitigation.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff MEDSQUIRE, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>　　　　　　Defendants. | Case No. CV11-04504-JHN (PLAx)<br><br>**STIPULATION TO EXTEND TIME FOR SPRING MEDICAL TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: June 1 2011<br>Current response date: June 22, 2011<br>New response date: July 22, 2011<br><br>Hon. Jacqueline H. Nguyen |

Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel, that Defendant Spring Medical's date for responding to the Complaint in this action is extended by 30 days such that Spring Medical shall have until and including July 22, 2011 to answer or otherwise respond to the Complaint in this action.

DATED:   June 21, 2011           HENNIGAN DORMAN LLP


By_____/s/Lawrence M. Hadley_____
        Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

DATED:   June 21, 2011


By_____/s/ Jack B. Smyth-----------
        Jack B. Smyth

Chief Executive Officer
Spring Medical Systems, Inc.