ORIGINAL

Name & Address:
Keith Aurzada (TX SBN 24009880)
BRYAN CAVE LLP
JP Morgan Chase Tower, Suite 3300, 2200 Ross Avenue
Dallas, TX 75201
Telephone: (214) 721-8041
Facsimile: (214) 220-6741

FILED
CLERK, U.S. DISTRICT COURT
JUN 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
'11 JUN 17 PM 4:11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. O. CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>Plaintiff(s)<br>v.<br><br>eCLINICALWORKS, LLC<br><br>Defendant(s). | CASE NUMBER:<br>CV11-4504 DSF (AGRx)  JHN (PLAx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Keith Aurzada__, of __Bryan Cave LLP, 2200 Ross Avenue, Suite 3300, Dallas, TX 75201__
    *Applicant's Name*                              *Firm Name / Address*

__(214) 721-8041__                                     __keith.aurzada@bryancave.com__
    *Telephone Number*                                     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person _____

and the designation of __John Amberg (CA SBN 108166)__
                                      *Local Counsel Designee / State Bar Number*

of __Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401__
                                        *Local Counsel Firm / Address*

__(310) 576-2280__                                     __jwamberg@bryancave.com__
    *Telephone Number*                                     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __JUN 21 2011__                            _/s/_
                                              U. S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (11/10)      ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE