Name and address:
Michael T. Renaud
Pepper Hamilton LLP
15th Floor, Oliver Street Tower
125 High Street
Boston, MA 02110

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Medsquire, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV11-04504-JHN (PLAx) |
| v. | |
| Spring Medical Systems, Inc., et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s). | |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Michael T. Renaud                          , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: NextGen Healthcare Information Systems, Inc.          by whom I have been retained.

My business information is:
Pepper Hamilton LLP
*Firm Name*

15th Floor, Oliver Street Tower, 125 High Street
*Street Address*

Boston, MA 02110                    renaudm@pepperlaw.com
*City, State, Zip*                  *E-Mail Address*

617-204-5103                        617-204-5150
*Telephone Number*                  *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Please see attached. | |
| | |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| *Case Number* | *Ttitle of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate Harry P. Weitzel as local counsel, whose business information is as follows:

Pepper Hamilton LLP
*Firm Name*

Suite 1200, 4 Park Plaza
*Street Address*

Irvine, CA 92614-5955       weitzelh@pepperlaw.com
*City, State, Zip*          *E-Mail Address*

949-567-3500               949-863-0151
*Telephone Number*         *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated _____         Michael T. Renaud
                              *Applicant's Name (please print)*

                              _____
                              *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  6-21-11                Harry P. Weitzel
                              *Designee's Name (please print)*

                              _____
                              *Designee's Signature*

                              149934
                              *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* **(G-64** ORDER) ALONG WITH THIS APPLICATION.

## ADMISSION TO PRACTICE
## Michael T. Renaud

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| Commonwealth of Massachusetts | 1996 |
| District Court for the District of Mass. | 1997 |
| Bar of Connecticut | 1997 |
| United States Patent and Trademark Office | 1999 |
| Fourth Circuit Court of Appeals | 2002 |
| Federal Circuit Court of Appeals | 2003 |

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fourth** day of **January** A.D. **1996**, said Court being the highest Court of Record in said Commonwealth:

**Michael T. Renaud**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **June** in the year of our Lord **two thousand and eleven**.

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116