Name & Address:
Michael T. Renaud
Pepper Hamilton LLP
15th Floor, Oliver Street Tower
125 High Street
Boston, MA  02110

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Medsquire, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s) <br> v. | CV11-04504-JHN (PLAx) |
| Spring Medical Systems, Inc., et al. <br><br> Defendant(s). | ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Michael T. Renaud                    , of  Pepper Hamilton LLP
      *Applicant's Name*                              *Firm Name / Address*

617-204-5103                                    renaudm@pepperlaw.com
      *Telephone Number*                            *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☑ Defendant

☐ Intervener or other interested person  NextGen Healthcare Information Systems, Inc.

and the designation of  Harry P. Weitzel/149934
                                 *Local Counsel Designee /State Bar Number*

of  Pepper Hamilton LLP, Suite 1200, 4 Park Plaza, Irvine, CA  92614-5955
                         *Local Counsel Firm / Address*

949-567-3500                                    weitzelh@pepperlaw.com
      *Telephone Number*                            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


Dated _____           _____
                                            U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE