1  **BRYAN CAVE LLP**
   John W. Amberg, SBN: 108166
2  Shelly C. Gopaul, SBN: 246382
   120 Broadway, Suite 300
3  Santa Monica, CA 90401-2386
   Tel:   (310) 576-2280
4  Fax:   (310) 260-7180
   Email:  jwamberg@bryancave.com
5          shelly.gopaul@bryancave.com

6  **BRYAN CAVE LLP**
   Keith Aurzada, *Pro Hac Vice Pending*
7  JPMorgan Chase Tower, Suite 3300
   2200 Ross Avenue
8  Dallas, TX  75201
   Tel: (214) 721-8000
9  Fax: (214) 721-8100
   Email:  keith.aurzada@bryancave.com
10
   Attorneys for Defendant and Counterclaimant
11 eCLINICALWORKS, LLC

12        IN THE UNITED STATES DISTRICT COURT
13       FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14 MEDSQUIRE, LLC,<br>15  Plaintiff,<br>16  vs.<br>17 SPRING MEDICAL SYSTEMS, INC., et al.<br>18  Defendants. | Case No. 2:11-cv-04504-JHN-PLAx<br><br>**DEFENDANT AND COUNTERCLAIMANT eCLINICALWORKS, LLC'S NOTICE OF INTERESTED PARTIES**<br><br>[F.R.C.P. 7.1] |
| 19 eCLINICALWORKS, LLC,<br>20  Counterclaimant,<br>21  vs.<br>22 MEDSQUIRE, LLC,<br>23  Counterclaim Defendant | |

24

25      TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL
26 PARTIES AND THEIR ATTORNEYS OF RECORD:
27      The undersigned, counsel of record for Defendant and Counterclaimant
28 eClinicalWorks, LLC ("eClinicalWorks"), certifies that the following listed parties may

have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| eClinicalWorks, LLC | Defendant |
| Spring Medical Systems, Inc. | Defendant |
| Quest Diagnostics, Inc. | Defendant |
| Nextgen Healthcare Information Systems, Inc. | Defendant |
| Henry Schein Medical Systems, Inc. | |
| Hewlett-Packard Company | Defendant |
| Aprima Medical Software, Inc. | Defendant |
| Med3000, Inc. | Defendant |
| Pulse Systems, Inc. | Defendant |
| Compulink Business Systems, Inc. | Defendant |
| Nextech Systems, Inc. | Defendant |
| Navinet, Inc. | Defendant |
| successEHS, Inc. | Defendant |
| athenaHealth, Inc. | Defendant |
| Medsquire, LLC | Plaintiff |

Dated:   June 17, 2011

Respectfully submitted,

**BRYAN CAVE LLP**
JOHN W. AMBERG
KEITH AURZADA
SHELLY C. GOPAUL

By: _____
        John W. Amberg

Attorneys for Defendant and Counterclaimant
eCLINICALWORKS, LLC

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

**PROOF OF SERVICE**

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2305.

On June 17, 2011, I served the foregoing document, described as **DEFENDANT AND COUNTERCLAIMANT eCLINICALWORKS, LLC'S NOTICE OF INTERESTED PARTIES** on each interested party in this action, as follows:

Roderick G. Dorman, Esq.
Lawrence M. Hadley, Esq.
HENNIGAN DORMAN LLP
865 South Figueroa Street, Suite 2900
Tel: 213-694-1200
Fax: 213-694-1234

DormanR@HDlitigation.com
HadleyL@HDlitigation.com

☒   (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐   (BY FEDERAL EXPRESS) I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐   (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

Executed on June 17, 2011, at Santa Monica, California.

☒   (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Judith C. Chiri*
Judith C. Chiri

SM01:842726.2

3

NOTICE OF INTERESTED PARTIES