Name & Address:
Noah V. Malgeri
Pepper Hamilton LLP
15th Floor, Oliver Street Tower
125 High Street
Boston, MA  02110

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Medsquire, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV11-04504-JHN (PLAx) |
| v. | |
| Spring Medical Systems, Inc., et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Noah V. Malgeri</u>, of <u>Pepper Hamilton LLP</u>
   *Applicant's Name*                                               *Firm Name / Address*

<u>617-204-5128</u>                            <u>malgerin@pepperlaw.com</u>
  *Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant

☐ Intervener or other interested person <u>NextGen Healthcare Information Systems, Inc.</u>

and the designation of <u>Harry P. Weitzel/149934</u>
                              *Local Counsel Designee /State Bar Number*

of <u>Pepper Hamilton LLP, Suite 1200, 4 Park Plaza, Irvine, CA  92614-5955</u>
                              *Local Counsel Firm / Address*

<u>949-567-3500</u>                             <u>weitzelh@pepperlaw.com</u>
  *Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____        _____
                                            U. S. District Judge/U.S. Magistrate Judge