**BRYAN CAVE LLP**
John W. Amberg, SBN: 108166
Shelly C. Gopaul, SBN: 246382
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Tel:     (310) 576-2280
Fax:     (310) 260-7180
Email:   jwamberg@bryancave.com
         shelly.gopaul@bryancave.com

**BRYAN CAVE LLP**
Keith Aurzada, *Pro Hac Vice Pending*
JPMorgan Chase Tower, Suite 3300
2200 Ross Avenue
Dallas, TX 75201
Tel: (214) 721-8000
Fax: (214) 721-8100
Email:   keith.aurzada@bryancave.com

Attorneys for Defendant and Counterclaimant
eCLINICALWORKS, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC, | Case No. 2:11-cv-04504-JHN-PLAx |
| Plaintiff, | **DEFENDANT AND COUNTERCLAIMANT eCLINICALWORKS, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| SPRING MEDICAL SYSTEMS, INC., et al. | |
| Defendants. | [F.R.C.P. 7.1] |
| eCLINICALWORKS, LLC, | |
| Counterclaimant, | |
| vs. | |
| MEDSQUIRE, LLC, | |
| Counterclaim Defendant | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL

PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned,

attorney of record for Defendant and Counterclaimant eClinicalWorks, LLC,

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

ORIGINAL

1 | ("eClinicalWorks"), certifies based on current knowledge the following:

2 |     eClinicalWorks has no parent corporation.  No publicly held corporation owns any

3 | stock in eClinicalWorks.

4 | Dated:  June 17, 2011              Respectfully submitted

5 |                                    **BRYAN CAVE LLP**
                                       JOHN W. AMBERG
6 |                                    KEITH AURZADA
                                       SHELLY C. GOPAUL
7 |

8 |                                    By:

9 |                                         John W. Amberg

10 |                                   Attorney for Defendant and Counterclaimant
                                       eCLINICALWORKS, LLC

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

**PROOF OF SERVICE**

1

2      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite

3    300, Santa Monica, CA 90401-2305.

4      On June 17, 2011, I served the foregoing document, described as **DEFENDANT AND COUNTERCLAIMANT eCLINICALWORKS, LLC'S CORPORATE**

5    **DISCLOSURE STATEMENT** each interested party in this action, as follows:

6    Roderick G. Dorman, Esq.
      Lawrence M. Hadley, Esq.

7    HENNIGAN DORMAN LLP
      865 South Figueroa Street, Suite

8    2900
      Tel: 213-694-1200

9    Fax: 213-694-1234

10   DormanR@HDlitigation.com
      HadleyL@HDlitigation.com

11

12      ☒      (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such

13   envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for

14   collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States

15   Postal Service on that same day in the ordinary course of business.

16      ☐      (BY FEDERAL EXPRESS) I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver

17   authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with

18   delivery fees paid or provided for.

19      ☐      (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each transmission report from sending

20   facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without

21   error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

22      Executed on June 17, 2011, at Santa Monica, California.

23      ☒      (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

24

25      I declare under penalty of perjury that the foregoing is true and correct.

26      _Judith C. Chiri_

27   _____
      Judith C. Chiri

28