HENNIGAN DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@ hdlitigation.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff MEDSQUIRE, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>         Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>         Defendants. | Case No. CV11-04504-JHN (PLAx)<br><br>**STIPULATION TO EXTEND TIME FOR PULSE SYSTEMS, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 31, 2011<br>Current response date: June 21, 2011<br>New response date: July 21, 2011<br><br>Hon. Jacqueline H. Nguyen |

1  Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY
2  STIPULATED by the parties to this case, through their respective counsel, that
3  Defendant Pulse Systems' date for responding to the Complaint in this action is
4  extended by 30 days such that Pulse Systems shall have until and including July 21,
5  2011 to answer or otherwise respond to the Complaint in this action.

DATED:  June 23, 2011        HENNIGAN DORMAN LLP


By      */s/Lawrence M. Hadley*
         Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

DATED:  June 23, 2011        EVANS & DIXON LLP


By      */s/Don V. Kelly* ------------
         Don V. Kelly

Counsel for Defendant Pulse Systems, Inc.