Name & Address:
Michael T. Renaud
Pepper Hamilton LLP
15th Floor, Oliver Street Tower
125 High Street
Boston, MA 02110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Medsquire, LLC<br><br>　　　　　　　　　　　　　　Plaintiff(s)<br>v.<br><br>Spring Medical Systems, Inc., et al.<br><br>　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER:<br><br>CV11-04504-JHN (PLAx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Michael T. Renaud           ,  of  Pepper Hamilton LLP
　　　*Applicant's Name*　　　　　　　　　　　　　　*Firm Name / Address*

617-204-5103                                           renaudm@pepperlaw.com
　　　*Telephone Number*　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant

☐ Intervener or other interested person  NextGen Healthcare Information Systems, Inc.

and the designation of  Harry P. Weitzel/149934
　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of  Pepper Hamilton LLP, Suite 1200, 4 Park Plaza, Irvine, CA  92614-5955
　　　　　　　　　　　*Local Counsel Firm / Address*

949-567-3500                                           weitzelh@pepperlaw.com
　　　*Telephone Number*　　　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

　　☒ **GRANTED**
　　☐ DENIED.  Fee shall be returned by the Clerk.
　　☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated    June 23, 2011                            /s/ Nguyen
　　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge/~~U.S. Magistrate Judge~~