Name & Address:
Noah V. Malgeri
Pepper Hamilton LLP
15th Floor, Oliver Street Tower
125 High Street
Boston, MA 02110

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Medsquire, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV11-04504-JHN (PLAx) |
| v. | |
| Spring Medical Systems, Inc., et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Noah V. Malgeri</u>, of <u>Pepper Hamilton LLP</u>
　　*Applicant's Name*　　　　　　　　　　　*Firm Name / Address*

<u>617-204-5128</u>　　　　　　　　　　　<u>malgerin@pepperlaw.com</u>
　*Telephone Number*　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant

☐ Intervener or other interested person <u>NextGen Healthcare Information Systems, Inc.</u>

and the designation of <u>Harry P. Weitzel/149934</u>
　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of <u>Pepper Hamilton LLP, Suite 1200, 4 Park Plaza, Irvine, CA 92614-5955</u>
　　　　　　　　　　　*Local Counsel Firm / Address*

<u>949-567-3500</u>　　　　　　　　　　　<u>weitzelh@pepperlaw.com</u>
　*Telephone Number*　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated ___June 23, 2011___　　　　　_/s/ Nguyen_____
　　　　　　　　　　　　　　　　　U. S. District Judge/~~U.S. Magistrate Judge~~