HENNIGAN DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@ hdlitigation.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff MEDSQUIRE, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>           Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>           Defendants. | Case No. CV11-04504-JHN (PLAx)<br><br>**STIPULATION TO EXTEND TIME FOR COMPULINK BUSINESS SYSTEMS, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: June 8, 2011<br>Current response date: June 29, 2011<br>New response date: July 29, 2011<br><br>Hon. Jacqueline H. Nguyen |

CV11-04504-JHN (PLAx)　　　　　　　　　　**STIPULATION RE RESPONSE TO COMPLAINT**
iManage\1754876.1

Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel, that Defendant Compulink Business Systems' date for responding to the Complaint in this action is extended by 30 days such that Compulink Business Systems shall have until and including July 29, 2011 to answer or otherwise respond to the Complaint in this action.

DATED:   June 24, 2011     HENNIGAN DORMAN LLP

By   */s/Lawrence M. Hadley*
　　　 Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

DATED:   June 24, 2011     NEVERS, PALAZZO, MADDUX & PACKARD, PLC

By   */s/ Gary W. Nevers* ------------
　　　 Gary W. Nevers

Counsel for Defendant Compulink Business Systems, Inc.