Baldassare Vinti
Proskauer Rose LLP
11 Times Square
New York, NY  10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>Plaintiff(s)<br><br>v.<br><br>SPRING MEDICAL SYSTEMS, INC., et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 11-04504 JHN (PLAx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of _____Baldassare Vinti_____ , of _____Proskauer Rose LLP_____
            *Applicant=s Name*                              *Firm Name / Address*

_____212.969.3000_____                       _____bvinti@proskauer.com_____
*Telephone Number*                                         *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant

☐ Intervener or other interested person _____Henry Schein Medical Systems Inc._____

and the designation of _____Nancy Sher Cohen/81706_____
                                          *Local Counsel Designee /State Bar Number*

of _____Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA  90067-3206_____
                                          *Local Counsel Firm / Address*

_____310.557.2900_____                       _____ncohen@proskauer.com_____
*Telephone Number*                                         *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED

    ☐ DENIED.  Fee shall be returned by the Clerk.

    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                 _____

                                               U. S. District Judge/U.S. Magistrate Judge