Bruce E. Fader
Proskauer Rose LLP
11 Times Square
New York, NY  10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MEDSQUIRE, LLC, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 11-04504 JHN (PLAx) |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| SPRING MEDICAL SYSTEMS, INC., et al., | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of  **Bruce E. Fader** , of  **Proskauer Rose LLP**
*Applicant=s Name*            *Firm Name / Address*

**212.969.3000**                                    **bfader@proskauer.com**
*Telephone Number*            *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant

☐ Intervener or other interested person  **Henry Schein Medical Systems Inc.**

and the designation of  **Nancy Sher Cohen/81706**
*Local Counsel Designee /State Bar Number*

of  **Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA  90067-3206**
*Local Counsel Firm / Address*

**310.557.2900**                                    **ncohen@proskauer.com**
*Telephone Number*            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____
U. S. District Judge/U.S. Magistrate Judge