1  THOMAS P. LAMBERT (SBN 50952)
tpl@msk.com
2  KARIN G. PAGNANELLI (SBN 174763)
kgp @msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
Telephone:   (310) 312-2000
5  Facsimile:   (310) 312-3100

6  Attorneys for Defendant
SuccessEHS, INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  MEDSQUIRE, LLC,,                     | CASE NO.   CV11-4504 JHN (PLAx)

12              Plaintiff,               | Honorable Jacqueline H. Nguyen

13         v.                            | **SuccessEHS, INC.'S CERTIFICATION AS TO INTERESTED PARTIES**

14  SPRING MEDICAL SYSTEMS, INC.;
QUEST DIAGNOSTICS, INC.;              | **[Local Rule 7.1-1; Fed. R. Civ. Pro. 7.1]**
15  NEXTGEN HEALTHCARE
INFORMATION SYSTEMS, INC.;
16  HENRY SCHEIN MEDICAL
SYSTEMS, INC.; HEWLETT-
17  PACKARD COMPANY; APRIMA
MEDICAL SOFTWARE, INC.;
18  eCLINICAL WORKS, LLC; MED3000,
INC.; PULSE SYSTEMS, INC.;
19  COMPULINK BUSINESS SYSTEMS,
INC.; NEXTECH SYSTEMS, INC.;
20  NAVINET, INC.; successEHS, INC.;
athenaHEALTH, INC.,

21              Defendants.

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

3935963.1

1    The undersigned, counsel of record for Defendant SuccessEHS, Inc.,

2 certifies that the following listed party may have a pecuniary interest in the

3 outcome of this case.  These representations are made to enable the Court to

4 evaluate possible disqualification or recusal.

5

6    (1)    SuccessEHS, Inc. is 100% owned by its parent company – EHS

7 Holdings, Inc., a private closely held corporation.

8

9 DATED:  July 19, 2011                    THOMAS P. LAMBERT
                                           KARIN G. PAGNANELLI
10                                         MITCHELL SILBERBERG & KNUPP LLP

11

12                                         By:   /s/ Karin G. Pagnanelli
                                                 Karin G. Pagnanelli
13                                               Attorneys for Defendant
                                                 SuccessEHS, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

Mitchell
Silberberg &   28
Knupp LLP

3935963.1

1