1  GERALD B. HRYCYSZYN (SBN 227814)
     ghrycyszyn@wolfgreenfield.com
2  MICHAEL A. ALBERT (*pro hac vice* to be
     filed)
3    malbert@wolfgreenfield.com
   HUNTER D. KEETON (*pro hac vice* to be filed)
4    hkeeton@wolfgreenfield.com
   WOLF, GREENFIELD & SACKS, P.C.
5  600 Atlantic Avenue
   Boston, MA 02210
6  Tel: 617-646-8000
   Fax: 617-646-8646
7
   Attorneys for Defendant
8  ATHENAHEALTH, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; and athenaHEALTH, INC.,<br><br>         Defendants. | CASE NO. CV11-04504 JHN (PLAx)<br><br>**DEFENDANT ATHENAHEALTH, INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1,
2  Defendant, athenahealth, Inc. ("athenahealth"), hereby files its Corporate Disclosure
3  Statement and Notice of Interested Parties.

4  Athenahealth states that it has no parent corporation, and no publicly held
5  corporation that owns 10 percent or more of its stock.

6  The undersigned, counsel of record for athenahealth, certifies that the following
7  listed parties may have a pecuniary interest in the outcome of this case. These
8  representations are made to enable the Court to evaluate possible disqualification or
9  recusal.

| **PARTY** | **CONNECTION** |
|---|---|
| Medsquire, LLC | Plaintiff |
| athenahealth, Inc. | Defendant |

Dated: July 19, 2011

Respectfully submitted,

WOLF, GREENFIELD & SACKS, P.C.

By: /s/ Gerald B. Hrycyszyn
    Gerald B. Hrycyszyn
    Michael A. Albert
    Hunter D. Keeton

Attorneys for Defendant
ATHENAHEALTH, INC.