Harry P. "Hap" Weitzel (SBN 149934)
  E-mail: weitzelh@pepperlaw.com
Jeffrey M. Goldman (SBN 233840)
  E-mail: goldmanj@pepperlaw.com
PEPPER HAMILTON LLP
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: 949.567.3500, Fax: 949.863.0151

Michael T. Renaud (*admitted pro hac vice*)
  E-mail: renaudm@pepperlaw.com
Noah V. Malgeri (*admitted pro hac vice*)
  E-mail: malgerin@pepperlaw.com
Anne M. Shyjan (SBN 211906)
  E-mail: shyjana@pepperlaw.com
PEPPER HAMILTON LLP
Oliver Street Tower, 15th Floor
125 High Street, Boston, MA 02110
Telephone: 617-204-5100, Fax: 617-204-5150

**Attorneys for Defendant, NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC,<br>            Plaintiff,<br><br>    v.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICA SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.,<br>            Defendants. | Case No. CV11-4504 JHN (PLAx)<br><br>**DEFENDANT NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.'S CERTIFICATION AS TO INTERESTED PARTIES**<br><br>(L.R. 7.1-1)<br><br>Complaint filed: May 25, 2011 |

CERTIFICATION AS TO INTERESTED PARTIES (L.R. 7.1-1)

The undersigned, counsel of record for NextGen Healthcare Information Systems, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Spring Medical Systems, Inc.;

Quest Diagnostics, Inc.;

Henry Schein Medical Systems, Inc.;

Hewlett-Packard Company;

Aprima Medica Software, Inc.;

eClinicalworks, LLC;

Med3000, Inc.;

Pulse Systems, Inc.;

Compulink Business Systems, Inc.;

Navinet, Inc.;

successEHS, Inc.;

athenaHEALTH, Inc.;

NextGen Healthcare Information Systems, Inc.;

Quality Systems, Inc., which wholly owns NextGen Healthcare Information Systems, Inc.; and,

Practice Management Partners, Inc., which is a subsidiary of NextGen Healthcare Information Systems, Inc.

Dated: July 18, 2011

Respectfully submitted,
PEPPER HAMILTON LLP
*/s/ Jeffrey M. Goldman*
Harry P. "Hap" Weitzel
Jeffrey M. Goldman
Attorneys for Defendant
NEXTGEN HEALTHCARE
INFORMATION SYSTEMS, INC.