| | |
|---|---|
| 1 | Harry P. "Hap" Weitzel (SBN 149934) |
| 2 |    E-mail: weitzelh@pepperlaw.com |
| | Jeffrey M. Goldman (SBN 233840) |
| 3 |    E-mail: goldmanj@pepperlaw.com |
| 4 | PEPPER HAMILTON LLP |
| | 4 Park Plaza, Suite 1200 |
| 5 | Irvine, California 92614 |
| 6 | Telephone: 949.567.3500, Fax: 949.863.0151 |
| 7 | Michael T. Renaud (*admitted pro hac vice*) |
| |    E-mail: renaudm@pepperlaw.com |
| 8 | Noah V. Malgeri (*admitted pro hac vice*) |
| 9 |    E-mail: malgerin@pepperlaw.com |
| | Anne M. Shyjan (SBN 211906) |
| 10 |    E-mail: shyjana@pepperlaw.com |
| 11 | PEPPER HAMILTON LLP |
| | Oliver Street Tower, 15th Floor |
| 12 | 125 High Street, Boston, MA 02110 |
| 13 | Telephone: 617-204-5100, Fax: 617-204-5150 |
| 14 | **Attorneys for Defendant, NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.** |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 17 | MEDSQUIRE, LLC, | Case No. CV11-4504 JHN (PLAx) |
| |       Plaintiff, | |
| 18 |   v. | |
| 19 | SPRING MEDICAL SYSTEMS, INC.; | **NOTICE OF ERRATA** |
| 20 | QUEST DIAGNOSTICS, INC.; | **REGARDING LOCAL RULE 7.1-** |
| | NEXTGEN HEALTHCARE | **1 CERTIFICATION OF** |
| 21 | INFORMATION SYSTEMS, INC.; | **INTERESTED PARTIES FILED** |
| 22 | HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD | **BY DEFENDANT NEXTGEN HEALTHCARE INFORMATION** |
| 23 | COMPANY; APRIMA MEDICA | **SYSTEMS, INC. (DOCUMENT** |
| 24 | SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE | **NUMBER 49)** |
| 25 | SYSTEMS, INC.; COMPULINK | |
| 26 | BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; | Complaint filed: May 25, 2011 |
| 27 | successEHS, INC.; athenaHEALTH, INC., | |
| 28 |       Defendants. | |

NOTICE OF ERRATA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the following errata to the Local Rule 7.1-1 Certification of Interested Parties filed by Defendant Nextgen Healthcare Information Systems, Inc. on July 18, 2011, marked on the ECF System in this matter as Document Number 49.  An incorrect document was attached at the time of filing.  The correct document was filed on July 19, 2011 and is on the Court Docket as Document Number 52.

Dated: July 19, 2011

Respectfully submitted,
PEPPER HAMILTON LLP
*/s/ Jeffrey M. Goldman*
Harry P. "Hap" Weitzel
Jeffrey M. Goldman
Attorneys for Defendant
NEXTGEN HEALTHCARE
INFORMATION SYSTEMS, INC.

-2-

NOTICE OF ERRATA