Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
Mark A. Goldstein, Cal. Bar No. 175,318
mgoldstein@socalip.com
M. Kala Sarvaiya, Cal. Bar No. 238,453
ksarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Defendant Compulink Business Systems, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Medsquire, LLC<br>　　　　Plaintiff,<br>　　v.<br>Spring Medical Systems, Inc., et al.,<br>　　　　Defendants. | No. 2:11-cv-04504-JHN (PLAx)<br><br>Notice of Appearance of Michael D. Harris, Mark A. Goldstein and M. Kala Sarvaiya for Defendant Compulink Business Systems, Inc. |

To all parties and to their counsel of record:

Please take notice of the appearance of attorney Michael D. Harris, Mark A. Goldstein and M. Kala Sarvaiya of the law firm SoCal IP Law Group LLP as counsel of record in this action for Defendant Compulink Business Systems, Inc.

July 19, 2011

　　　　　　　　　　　　　　　　s/ *M. Kala Sarvaiya*
　　　　　　　　　　　　　　　　M. Kala Sarvaiya
　　　　　　　　　　　　　　　　SoCal IP Law Group LLP

　　　　　　　　　　　　　　　　Attorneys for Defendant Compulink Business Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2011, I served the foregoing document "Notice of Appearance of Michael D. Harris, Mark A. Goldstein and M. Kala Sarvaiya for Defendant Compulink Business Systems, Inc." to attorneys for all parties by email using their email address from the Case Management/Electronic Case Filing ("CM/ECF") system.

July 19, 2011                                         s/ *M. Kala Sarvaiya*
                                                      M. Kala Sarvaiya