Matthew L. Marshall (SBN 168013)
mmarshall@mpplaw.com
Derek A. Simpson (SBN 186603)
dsimpson@mpplaw.com
MORRIS POLICH & PURDY LLP
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178

Don V. Kelly
(*pro hac vice* application pending)
dkelly@evans-dixon.com
Evans & Dixon LLC
211 North Broadway, Suite 2500
St. Louis, Missouri 93102
Telephone:  (314) 621-7755
Facsimile:  (314) 621-3136

Attorneys for Defendant
PULSE SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC., et al.,<br><br>Defendants. | Case No.:  CV 11-4504-JHN(PLAx)<br><br>**DEFENDANT PULSE SYSTEMS, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>[F.R.C.P. 7.1 and Local Rule 7.1-1] |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Notice of Interested Parties**

Under Local Rule 7.1-1, the undersigned counsel of record for Pulse Systems, Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) may have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) may have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Pulse Systems, Inc. is a subsidiary of Cegedim Healthcare Software.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

**Corporate Disclosure Statement**

Under Rule 7.1 of the Federal Rules of Civil Procedure, Pulse System, Inc. certifies that it is a subsidiary of Cegedim Healthcare Software.

Dated: July 19, 2011                     Respectfully submitted,

**MORRIS POLICH & PURDY LLP**

By: ___/s/ Derek A. Simpson___
   Matthew L. Marshall
   Derek A. Simpson

Attorneys for Defendant
PULSE SYSTEMS, INC.