# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Medsquire, LLC <br><br> Plaintiff(s) <br> v. <br><br> Spring Medical Systems, Inc., et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:11-cv-04504-JHN -PLAx <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of    __Don V. Kelly__ , of    __Evans & Dixon LLC, 211 N. Broadway, Ste. 2500, St. Louis, MO 63102__
           *Applicant's Name*                        *Firm Name / Address*

     __314-621-7755__                                        __dkelly@evans-dixon.com__
      *Telephone Number*                                   *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of    __ Plaintiff   _X_ Defendant

__ Intervener or other interested person    __Pulse Systems, Inc.__

and the designation of    __Matthew L. Marshall, (SBN 168013)__
                            *Local Counsel Designee /State Bar Number*

of    __Morris Polich & Purdy LLP, 1055 W. Seventh Street, 24th Floor, Los Angeles, CA 90017__
                            *Local Counsel Firm / Address*

     __213-891-9100__                                          __mmarshall@mpplaw.com__
     *Telephone Number*                                     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   _**X**_ GRANTED

   __ DENIED. Fee shall be returned by the Clerk.

   __ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated   July 19, 2011          /s/ Nguyen
                                    U. S. District Judge Jacqueline H. Nguyen