Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
Mark A. Goldstein, Cal. Bar No. 175,318
mgoldstein@socalip.com
M. Kala Sarvaiya, Cal. Bar No. 238,453
ksarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Defendant Compulink Business Systems, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Medsquire, LLC<br>　　　Plaintiff,<br>　　v.<br>Spring Medical Systems, Inc., et al.,<br>　　　Defendants. | No. 2:11-cv-04504-JHN (PLAx)<br><br>Corporate Disclosure Statement of Defendant Compulink Business Systems, Inc.<br>(FED. R. CIV. P. 7.1; L.R. 7.1) |

Pursuant to FED. R. CIV. P. 7.1 and Local Rule 7.1, the undersigned counsel of record for defendant Compulink Business Systems, Inc. ("Compulink") certifies that Compulink has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

July 20, 2011

　　　　　　　　　　s/ *Michael Harris*
　　　　　　　　　　Michael D. Harris
　　　　　　　　　　SoCal IP Law Group LLP
　　　　　　　　　　Attorneys for Compulink Business Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2011, I served the foregoing document "Corporate Disclosure Statement of Defendant Compulink Business Systems, Inc." to attorneys for all parties by email using their email address from the Case Management/Electronic Case Filing ("CM/ECF") system.

July 20, 2011                              s/ *Michael Harris*
                                                    Michael D. Harris