## SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME:  MEDSQUIRE, LLC v. SPRING MEDICAL SYSTEMS, INC.

CASE NO:  CV11-04505 JHN (PLAx)

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury)(court) (length 10 days) (**Tuesday**) Jury | 9:00 am | | 09/10/2012 | 11/12/2012* | |
| For Court Trial<br>Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | | 3 | 08/13/2012 | 10/22/2012 | |
| Pretrial Conference, LR 16;<br>Hearing on Motions in Limine | 10:30 am | 4 | 08/06/2012 | 10/15/2012 | |
| For Jury Trial<br>Lodge Pretrial Conference Order, LR 16-7;<br>File Agreed Set of Jury Instructions and Verdict Forms;<br>File Statement Regarding Disputed Instructions, Verdicts, etc.;<br>File Oppositions to Motions in Limine | | 6 | 07/23/2012 | 10/01/2012 | |
| For Jury Trial<br>File Memo of Contentions of Fact and Law, LR 16-4;<br>Exhibit & Witness Lists, LR 16-5,6;<br>File Status Report Regarding Settlement;<br>File Motions in Limine | | 7 | 07/16/2012 | 09/24/2012 | |
| Last date to conduct Settlement Conf., LR 16-15 | | 12 | 06/11/2012 | 08/20/2012 | |
| Last day for **hearing** motions, LR 7 | | 14 | 06/04/2012 | 08/06/2012 | |
| Non-expert Discovery Cut-off | | | 03/19/2012 | 03/19/2012 | |
| Expert Disclosure (initial) | | | 04/16/2012 | 04/16/2012 | |
| Expert Disclosure (rebuttal) | | | 04/30/2012 | 05/14/2012 | |
| Expert Discovery Cut-off | | | 05/14/2012 | 06/04/2012 | |
| Last Date to Amend Pleadings or Add Parties | | | 10/01/2012 | 02/01/2012 | |
| | | | | | |

LR 16-15 Settlement Choice:   ☐ 1. USMJ (not available for cases in ADR Pilot Program)   ☒ 3. Outside ADR

☐ 2. Attorney Settlement Panel

\* Defendants reserve right to request separate trials.

Exhibit A

7