| | |
|---|---|
| 1 | Harry P. "Hap" Weitzel (SBN 149934) |
| 2 |    E-mail: weitzelh@pepperlaw.com |
| | Jeffrey M. Goldman (SBN 233840) |
| 3 |    E-mail: goldmanj@pepperlaw.com |
| 4 | PEPPER HAMILTON LLP |
| | 4 Park Plaza, Suite 1200 |
| 5 | Irvine, California 92614 |
| 6 | Telephone: 949.567.3500, Fax: 949.863.0151 |
| 7 | Michael T. Renaud (*admitted pro hac vice*) |
| |    E-mail: renaudm@pepperlaw.com |
| 8 | Noah V. Malgeri (*admitted pro hac vice*) |
| 9 |    E-mail: malgerin@pepperlaw.com |
| | Anne M. Shyjan (SBN 211906) |
| 10 |    E-mail: shyjana@pepperlaw.com |
| 11 | PEPPER HAMILTON LLP |
| | Oliver Street Tower, 15th Floor |
| 12 | 125 High Street, Boston, MA 02110 |
| 13 | Telephone: 617.204.5100, Fax: 617.204.5150 |
| 14 | **Attorneys for Defendant, NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.** |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDSQUIRE, LLC, | Case No. CV11-4504 JHN (PLAx) |
|     Plaintiff, | |
| v. | |
| SPRING MEDICAL SYSTEMS, INC.; | **NOTICE OF APPEARANCE** |
| QUEST DIAGNOSTICS, INC.; | |
| NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; | Complaint filed: May 25, 2011 |
| HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICA SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC., | |
|     Defendants. | |

NOTICE OF APPEARANCE

1   TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE of the appearance of attorney Anne M. Shyjan, Esq., SBN 211906, of the law firm Pepper Hamilton, LLP, as counsel of record in this action for Defendant Nextgen Healthcare Information Systems, Inc.

Dated: July 21, 2011

Respectfully submitted,
PEPPER HAMILTON LLP
*/s/ Anne M. Shyjan*
Anne M. Shyjan
Attorney for Defendant
NEXTGEN HEALTHCARE
INFORMATION SYSTEMS, INC.

-2-
NOTICE OF APPEARANCE