Randall S. Leff (SBN 77148)
  rleff@ecjlaw.com
Russell M. Selmont (SBN 252522)
  rselmont@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Defendant APRIMA MEDICAL SOFTWARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>       Plaintiff,<br><br>    v.<br><br>SPRING MEDICAL SYSTEMS, INC; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC,; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>       Defendants. | CASE NO. 11-cv-04504-JHN-PLAx<br><br>NOTICE OF JOINDER IN QUEST DIAGNOSTICS, INC.'S MOTION TO DISMISS BY DEFENDANT APRIMA MEDICAL SOFTWARE, INC.<br><br>Date:    August 22, 2011<br>Time:   2:00 p.m.<br>Crtrm:  790<br>Judge:  Hon. Jacqueline H. Nguyen<br><br>Complaint filed: May 25, 2011 |

Aprima Medical Software, Inc. ("Aprmia") hereby joins in Defendant Quest Diagnostics, Inc.'s ("Quest") Motion to Dismiss, which was filed on July 18, 2011, and is set for hearing on August 22, 2011.

91000.137:1247496.1                                1                      NOTICE OF JOINDER BY DEFENDANT
                                                                             APRIMA MEDICAL SOFTWARE, INC.

Plaintiff Medsquire, LLC's claims against Aprima are identical to its claims against Quest except for the name of the accused product, and therefore they are deficient for the same reasons stated in Quest's Motion. *See:*

- ¶¶ 27, 42, and 57 (allegations against Aprima Medical Software, Inc.)

For the foregoing reasons, Aprima respectfully requests that Medsquire's Complaint be dismissed under Fed. R. Civ. P. 12(b)(6) as it fails to state a claim upon which relief can be granted.

DATED: July 28, 2011

ERVIN COHEN & JESSUP LLP
Randall S. Leff [CA SBN 77148]
Russell M. Selmont [CA SBN 252522]
**ERVIN COHEN & JESSUP, LLP**
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, California 90212
Tel: 310-273-6333
Fax: 310-859-2325

By: /s/ Randall S. Leff
Randall S. Leff
Attorneys for Defendant APRIMA MEDICAL SOFTWARE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record below:

| | |
|---|---|
| Lawrence M. Hadley<br>Roderick G. Dorman<br>Hennigan Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>*Counsel for Medsquire LLC* | D. James Pak<br>Baker & McKenzie LLP<br>12544 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>*Counsel for Quest Diagnostics Inc.* |
| Harry P. Weitzel<br>Jeffrey M. Goldman<br>Pepper Hamilton LLP<br>4 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>*Counsel for Nextgen Healthcare Information Systems, Inc.* | Ann M. Shyjan<br>Michael T. Renaud<br>Noah V. Malgeri<br>Pepper Hamilton LLP<br>Oliver Street Tower<br>125 High Street, 15th Floor<br>Boston, MA 02110-2736<br>*Counsel for Nextgen Healthcare Information Systems, Inc.* |
| Baldassare Vinti<br>Bruce E. Fader<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036<br>*Counsel for Henry Schein Medical Systems Inc.* | Nancy Sher Cohen<br>Proskauer Rose LLP<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067-3206<br>*Counsel for Henry Schein Medical Systems Inc.* |
| Jeffrey T. Thomas<br>Gibson Dunn & Crutcher<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>*Counsel for Hewlett-Packard Company* | John W. Amberg<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>*Counsel for eClinicalworks LLC* |
| Keith M. Aurzada<br>Bryan Cave LLP<br>2200 Ross Avenue, Suite 3300<br>Dallas, TX 75201<br>*Counsel for eClinicalworks LLC* | Ryan T. Pumpian<br>Bryan Cave LLP<br>1201 W. Peachtree Street, NW, 145th Floor<br>Atlanta, GA 30309<br>*Counsel for eClinicalworks LLC* |

91000.137:1247496.1

1  NOTICE OF JOINDER BY DEFENDANT APRIMA MEDICAL SOFTWARE, INC.

| | |
|---|---|
| Don V. Kelly | Matthew L. Marshall |
| Evans and Dixon LLC | Morris Polich & Purdy |
| 211 North Broadway, Suite 2500 | 1055 West 7th Street, 24th Floor |
| St. Louis, MO  63102-2727 | Los Angeles, CA  90017-2503 |
| *Counsel for Pulse Systems Inc.* | *Counsel for Pulse Systems Inc.* |
| | |
| Mark Goldstein | Karin G. Pagnanelli |
| Meenakshi Kala Sarvaiya | Mitchell Silberberg & Knupp LLP |
| Michael D. Harris | 11377 West Olympic Blvd. |
| SoCal IP Law Group, LLP | Los Angeles, CA  90064-1683 |
| 310 N. Westlake Blvd., Suite 120 | *Counsel for successEHS Inc.* |
| Westlake Village, CA  91362 | |
| *Counsel for Compulink Business Systems, Inc.* | |

/s/ Randall S. Leff

Randall S. Leff

91000.137:1247496.1                         2                  NOTICE OF JOINDER BY DEFENDANT
                                                                APRIMA MEDICAL SOFTWARE, INC.