D. James Pak (SBN 194331)
**BAKER & MCKENZIE LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA 92130-3051
Telephone: +1 858 523 6200
Facsimile:   +1 858 259 8290
D.James.Pak@bakermckenzie.com

Attorneys for Defendant
QUEST DIAGNOSTICS INCORPORATED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>Defendants. | **Case No. CV11-4504-JHN (PLAx)**<br><br>**RE-NOTICE OF DEFENDANT QUEST DIAGNOSTICS, INC.'S MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**<br><br>Old Date: August 22, 2011<br>**New Date**: September 12, 2011<br>Time: 2:00 p.m.<br>Courtroom: 790<br>Judge: Hon. Jacqueline H. Nguyen |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/713325.1

Case No. CV11-4504-JHN (PLAx)
RE-NOTICE OF DEFENDANT QUEST DIAGNOSTICS INCORPORATED'S MOTION TO DISMISS

**TO PLAINTIFF AND COUNSEL OF RECORD**

**WHEREAS** on July 18, 2011, Defendant Quest Diagnostics Incorporated ("Quest") filed a Motion to Dismiss Plaintiff Medsquire LLC's ("Plaintiff" or "Medsquire") Complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim (Doc. No. 41) ("Motion"), which is incorporated herein by reference;

**WHEREAS** the hearing on the Motion was previously noticed for August 22, 2011, at 2:00 p.m. to be heard in the Courtroom of the Hon. Jacqueline H. Nguyen, located at Courtroom 790, Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012 (*see* Doc. No. 41);

**WHEREAS** various defendants have joined the Motion[1];

**WHEREAS** on August 1, 2011, Plaintiff filed an Opposition to the Motion (Doc. No. 65);

**WHEREAS** counsel for Plaintiff has requested that the hearing be rescheduled as he is scheduled to be out of the country on August 22, 2011, and counsel for Quest has agreed to reschedule; and

**WHEREAS** the Court's next available hearing date after August 22, 2011, is September 12, 2011,

**PLEASE TAKE NOTICE THAT** the hearing date on Quest's Motion, which was previously noticed for August 22, 2011, has been re-set for **September 12, 2011 at 2:00 p.m.**, or soon thereafter as the matter may be heard in the Courtroom of the Hon. Jacqueline H. Nguyen, located at Courtroom 790, Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012.

Quest's Motion is based on its previously filed notice, the accompanying memorandum of points and authorities, the accompanying declaration of D. James

---

[1] The defendants joining in Quest's motion are Hewlett-Packard Company, Nextgen Healthcare Information Systems, Henry Schein Medical Systems, EClinical Works, Med3000, Pulse Systems, Compulink Business Systems, Navinet, SucessEHS, AthenaHealth, and Aprima Medical Software.

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/713325.1

1

Case No. CV11-4504-JHN (PLAx)
RE-NOTICE OF DEFENDANT QUEST DIAGNOSTICS INCORPORATED'S MOTION TO DISMISS

1   Pak and exhibits attached hereto, the proposed order filed concurrently herewith, the
2   pleadings and records on file in this action, other matters of which the Court may take
3   judicial notice, and such matters as may be presented at the hearing on the motion.

5   Dated:   August 1, 2011          BAKER & McKENZIE LLP

7                                    By: /s/D. James Pak
                                         D. James Pak
8                                        Attorney for Defendant
                                         QUEST DIAGNOSTICS INCORPORATED.