1  HENNIGAN DORMAN LLP
   RODERICK G. DORMAN (SBN 96908)
2  dormanr@hdlitigation.com
   LAWRENCE M. HADLEY (SBN 157728)
3  hadleyl@ hdlitigation.com
   865 South Figueroa Street, Suite 2900
4  Los Angeles, California 90017
   (213) 694-1200 - Telephone
5  (213) 694-1234 - Facsimile

6  Attorneys for Plaintiff MEDSQUIRE, LLC

7
   D. James Pak (SBN 194331)
8  **BAKER & MCKENZIE LLP**
   12544 High Bluff Drive, Third Floor
9  San Diego, CA  92130-3051
   Telephone:  +1 858 523 6200
10 Facsimile:   +1 858 259 8290
   D.James.Pak@bakermckenzie.com
11
   Attorneys for Defendant
12 QUEST DIAGNOSTICS INCORPORATED

13

14
                 **UNITED STATES DISTRICT COURT**
15
                 **CENTRAL DISTRICT OF CALIFORNIA**
16
                        **WESTERN DIVISION**
17

| | |
|---|---|
| MEDSQUIRE, LLC | **Case No. CV11-4504-JHN (PLAx)** |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANT QUEST DIAGNOSTICS, INC.'S MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)** |
| SPRING MEDICAL SYSTEMS, INC. et al., | |
| Defendants. | |
| | Old Date: August 22, 2011 |
| | **New Date**: September 12, 2011 |
| | Time: 2:00 p.m. |
| | Courtroom: 790 |
| | Judge: Hon. Jacqueline H. Nguyen |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

Case No. CV11-4504-JHN (PLAx)
STIPULATION RE HEARING ON DEFENDANT QUEST DIAGNOSTICS INCORPORATED'S MOTION TO DISMISS
SDODMS1/713325.1

1  **WHEREAS** on July 18, 2011, Defendant Quest Diagnostics Incorporated ("Quest") filed a Motion to Dismiss Plaintiff Medsquire LLC's ("Plaintiff" or "Medsquire") Complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim (Doc. No. 41) ("Motion"), which is incorporated herein by reference;

**WHEREAS** the hearing on the Motion was previously noticed for August 22, 2011, at 2:00 p.m. to be heard in the Courtroom of the Hon. Jacqueline H. Nguyen, located at Courtroom 790, Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012 (*see* Doc. No. 41);

**WHEREAS** various defendants have joined the Motion[1];

**WHEREAS** on August 1, 2011, Plaintiff filed an Opposition to the Motion (Doc. No. 65);

**WHEREAS** counsel for Plaintiff has requested that the hearing be rescheduled as he is scheduled to be out of the country on August 22, 2011, and counsel for Quest has agreed to reschedule;

**WHEREAS** the Court's next available hearing date after August 22, 2011, is September 12, 2011; and

**WHEREAS** Quest filed a re-notice of the hearing date on August 8, 2011 (Doc. No. 66) but is informed that a stipulation and proposed order are necessary,

**THEREFORE,** Medsquire and Quest, through their respective counsel, hereby stipulate to and request this Court to continue the hearing on Quest's Motion to Dismiss to Monday, September 12, 2011, at 2 p.m.

---

[1] The defendants joining in Quest's motion are Hewlett-Packard Company, Nextgen Healthcare Information Systems, Henry Schein Medical Systems, EClinical Works, Med3000, Pulse Systems, Compulink Business Systems, Navinet, SucessEHS, AthenaHealth, and Aprima Medical Software.

Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, CA  92130
+1 858 523 6200

1

Case No. CV11-4504-JHN (PLAx)
STIPULATION RE HEARING ON DEFENDANT QUEST DIAGNOSTICS INCORPORATED'S MOTION TO DISMISS
SDODMS1/713325.1

| | | |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | Dated:   August 8, 2011 | HENNIGAN DORMAN LLP |
| 3 | | |
| 4 | | By: /s/ Larry M. Hadley |
| 5 | | Larry M. Hadley<br>Attorney for Plaintiff<br>MEDSQUIRE, LLC |
| 6 | | |
| 7 | | BAKER & McKENZIE LLP |
| 8 | | |
| 9 | | By: /s/D. James Pak |
| 10 | | D. James Pak<br>Attorney for Defendant<br>QUEST DIAGNOSTICS INCORPORATED |

Lines 11–28