1  HENNIGAN DORMAN LLP
   RODERICK G. DORMAN (SBN 96908)
2  dormanr@hdlitigation.com
   LAWRENCE M. HADLEY (SBN 157728)
3  hadleyl@ hdlitigation.com
   865 South Figueroa Street, Suite 2900
4  Los Angeles, California 90017
   (213) 694-1200 - Telephone
5  (213) 694-1234 - Facsimile

6  Attorneys for Plaintiff MEDSQUIRE, LLC

7
   D. James Pak (SBN 194331)
8  **BAKER & MCKENZIE LLP**
   12544 High Bluff Drive, Third Floor
9  San Diego, CA  92130-3051
   Telephone: +1 858 523 6200
10 Facsimile:  +1 858 259 8290
   D.James.Pak@bakermckenzie.com
11
   Attorneys for Defendant
12 QUEST DIAGNOSTICS INCORPORATED

13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **CENTRAL DISTRICT OF CALIFORNIA**
16
                           **WESTERN DIVISION**
17

| | |
|---|---|
| 18  MEDSQUIRE, LLC | **Case No. CV11-4504-JHN (PLAx)** |
| 19           Plaintiff, | |
| 20  vs. | **[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANT QUEST DIAGNOSTICS, INC.'S MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)** |
| 21  SPRING MEDICAL SYSTEMS, INC. et al., | |
| 22 | |
| 23           Defendants. | |
| 24 | Old Date: August 22, 2011 |
| 25 | **New Date**: September 12, 2011 |
| 26 | Time: 2:00 p.m. |
| 27 | Courtroom: 790 |
|    | Judge: Hon. Jacqueline H. Nguyen |
| 28 | |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/713325.1

Case No. CV11-4504-JHN (PLAx)
[PROPOSED] Order

The Court, having read and considered the stipulation of the parties to continue the hearing date on Defendant Quest Diagnostics Incorporated's Motion to Dismiss (Doc No. 41) ORDERS that the hearing date be continued to September 12, 2011, at 2 p.m.

IT IS SO ORDERED.

Dated: _____

Hon. Jacqueline H. Nguyen
United States District Court Judge

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/713325.1

1

Case No. CV11-4504-JHN (PLAx)
[PROPOSED] ORDER