HENNIGAN DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@ hdlitigation.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff MEDSQUIRE, LLC

D. James Pak (SBN 194331)
**BAKER & MCKENZIE LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA  92130-3051
Telephone: +1 858 523 6200
Facsimile:  +1 858 259 8290
D.James.Pak@bakermckenzie.com

Attorneys for Defendant
QUEST DIAGNOSTICS INCORPORATED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC. et al.,<br><br>　　　　Defendants. | **Case No. 2:11-cv-04504-JHN -PLAx**<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANT QUEST DIAGNOSTICS, INC.'S MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**<br><br>Old Date: August 22, 2011<br>**New Date**: September 12, 2011<br>Time: 2:00 p.m.<br>Courtroom: 790<br>Judge: Hon. Jacqueline H. Nguyen |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/713325.1

Case No. CV11-4504-JHN (PLAx)
[PROPOSED] Order

1   The Court, having read and considered the stipulation of the parties to continue
2   the hearing date on Defendant Quest Diagnostics Incorporated's Motion to Dismiss
3   (Doc No. 41) ORDERS that the hearing date be continued to September 12, 2011, at 2
4   p.m.

6   IT IS SO ORDERED.

9   Dated: August 09, 2011

                                              lge

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/713325.1

1

Case No. CV11-4504-JHN (PLAx)
[PROPOSED] ORDER