HENNIGAN DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@ hdlitigation.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff MEDSQUIRE, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>          Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NEXTECH SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>          Defendants. | Case No. CV11-04504-JHN (PLAx)<br><br>**STIPULATION TO EXTEND TIME FOR SPRING MEDICAL TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:  June 1 2011<br>Current response date:  July 22, 2011<br>New response date:  September 30, 2011<br><br>Hon. Jacqueline H. Nguyen |

1  Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY
2  STIPULATED by the parties to this case that Defendant Spring Medical's date for
3  responding to the Complaint in this action is extended such that Spring Medical shall
4  have until and including September 30, 2011 to answer or otherwise respond to the
5  Complaint in this action. The parties are in the process of finalizing settlement and
6  this extension will conserve their time and resources while settlement is finalized.
7  A proposed order is attached.

DATED: August 10, 2011         HENNIGAN DORMAN LLP


                                By      /s/Lawrence M. Hadley
                                          Lawrence M. Hadley

                                Attorneys for Plaintiff, MEDSQUIRE LLC

DATED: August 10, 2011


                                By      /s/ Jack B. Smyth-----------
                                          Jack B. Smyth

                                Chief Executive Officer
                                Spring Medical Systems, Inc.