# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.;<br>QUEST DIAGNOSTICS, INC.;<br>NEXTGEN HEALTHCARE<br>INFORMATION SYSTEMS, INC.;<br>HENRY SCHEIN MEDICAL SYSTEMS,<br>INC.; HEWLETT-PACKARD<br>COMPANY; APRIMA MEDICAL<br>SOFTWARE, INC.;<br>eCLINICALWORKS, LLC; MED3000,<br>INC.; PULSE SYSTEMS, INC.;<br>COMPULINK BUSINESS SYSTEMS,<br>INC.; NEXTECH SYSTEMS, INC.;<br>NAVINET, INC.; successEHS, INC.;<br>athenaHEALTH, INC.<br><br>　　　　　　Defendants. | Case No. CV11-04504-JHN (PLAx)<br><br>**ORDER ENTERING STIPULATION TO EXTEND TIME FOR SPRING MEDICAL TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: June 1 2011<br>Current response date: July 22, 2011<br>New response date: September 30, 2011<br><br>Hon. Jacqueline H. Nguyen |

　　　The Court, having reviewed the parties' stipulation to extend the time for defendant Spring Medical Systems, Inc. to respond to the complaint in this case, hereby ENTERS that stipulation. Subject to any additional stipulation, Spring Medical Systems, Inc. shall respond to plaintiff's complaint on or by September 30, 2011.


DATED: _____   　　_____

　　　　　　　　　　　　　　　　　　Hon. Jacqueline H. Nguyen