Katherine W. Insogna (SBN 266326)
Email: kinsogna@reedsmith.com
REED SMITH LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071
Phone: 213.457.8000  Fax: 213.457.8080
Attorney for Defendant MED3000, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MEDSQUIRE, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV11-4504-JHN (PLAx) |
| v. | |
| SPRING MEDICAL SYSTEMS, INC. et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Kirsten R. Rydstrom__, of __Reed Smith LLP, 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222__
       *Applicant's Name*                    *Firm Name / Address*

__412-288-7284__                              __krydstrom@reedsmith.com__
       *Telephone Number*                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person __MED3000, INC.__

and the designation of __Katherine W. Insogna (SBN 266326)__
                       *Local Counsel Designee /State Bar Number*

of __Reed Smith LLP, 355 S. Grand Ave., Suite 2900 Los Angeles, CA 90071__
       *Local Counsel Firm / Address*

__213.457.8000__                              __kinsogna@reedsmith.com__
       *Telephone Number*                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____            _____
                                         U. S. District Judge/U.S. Magistrate Judge