Katherine W. Insogna (SBN 266326)
Email: kinsogna@reedsmith.com
REED SMITH LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071
Phone: 213.457.8000 Fax: 213.457.8080
Attorney for Defendant MED3000, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC <br><br> Plaintiff(s) <br> v. <br><br> SPRING MEDICAL SYSTEMS, INC. et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> CV11-4504-JHN (PLAx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of **Kevin S. Katona**, of **Reed Smith LLP, 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222**
     *Applicant's Name*              *Firm Name / Address*

**412-288-3848**                                **kkatona@reedsmith.com**
     *Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☑ Defendant

☐ Intervener or other interested person **MED3000, INC.**

and the designation of **Katherine W. Insogna (SBN 266326)**
                              *Local Counsel Designee /State Bar Number*

of **Reed Smith LLP, 355 S. Grand Ave., Suite 2900 Los Angeles, CA 90071**
     *Local Counsel Firm / Address*

**213.457.8000**                                **kinsogna@reedsmith.com**
     *Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____            _____
                                          U. S. District Judge/U.S. Magistrate Judge