1  Katherine W. Insogna (SBN 266326)
   kinsogna@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071-1514
   Telephone:  +1 213 457 8000
4  Facsimile:   +1 213 457 8080

5  Scott D. Baker (SBN 84923)
   sbaker@reedsmith.com
6  101 Second Street, Suite 1800
   San Francisco, CA 94105
7  Telephone:  +1 415 543 8700
   Facsimile:   +1 415 391 8269
8
   Attorneys for Defendant MED3000, INC.
9
                UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11

12 | MEDSQUIRE, LLC,                          | Case No.: 2:11-cv-04504 JHN (PLAx)
13 |           Plaintiff,                     | **NOTICE OF FILING OF CERTIFICATE OF GOOD STANDING IN SUPPORT OF KEVIN S. KATONA'S APPLICATION FOR ADMISSION *PRO HAC VICE***
14 |     vs.                                  |
15 | SPRING MEDICAL SYSTEMS, INC., et al.,    |
16 |           Defendants.                    |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant MED3000, INC. hereby files the Certificate of Good Standing of Kevin S. Katona in support of his application to be admitted *pro hac vice*. A true and correct copy of his Certificate, issued by the Clerk of the Supreme Court of the State of Pennsylvania, is attached hereto as **Exhibit A**.

DATED: September 29, 2011.              REED SMITH LLP

                                        By   */s/ Katherine W. Insogna*
                                            Scott D. Baker
                                            Katherine W. Insogna
                                            Attorneys for Defendant
                                            MED3000, INC.

# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Kevin Scott Katona, Esq.*

**DATE OF ADMISSION**

*November 13, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: September 29, 2011**

_____
Patricia A. Nicola
Chief Clerk