Name & Address:
Katherine W. Insogna (SBN 266326)
Email: kinsogna@reedsmith.com
REED SMITH LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071
Phone: 213.457.8000 Fax: 213.457.8080
Attorney for Defendant MED3000, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC <br> Plaintiff(s) <br> v. <br> SPRING MEDICAL SYSTEMS, INC., et al. <br> Defendant(s). | CASE NUMBER: <br> CV11-4504-JHN (PLAx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Kirsten R. Rydstrom , of  Reed Smith LLP, 225 Fifth Avenue, Ste. 1200, Pittsburgh, PA 15222
      *Applicant's Name*                              *Firm Name / Address*

412-288-7284                                         krydstrom@reedsmith.com
      *Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant

☐ Intervener or other interested person  MED3000, INC.

and the designation of  Katherine W. Insogna (SBN 266326)
                           *Local Counsel Designee /State Bar Number*

of  Reed Smith LLP, 355 S. Grand Ave., Ste. 2900, Los Angeles, CA  90071
      *Local Counsel Firm / Address*

213.457.8000                                         kinsogna@reedsmith.com
      *Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.


Dated _____              _____
                                           U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

