Katherine W. Insogna (SBN 266326)
kinsogna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Scott D. Baker (SBN 84923)
sbaker@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant MED3000, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>SPRING MEDICAL SYSTEMS, INC., et al.,<br><br>    Defendants. | Case No.: 2:11-cv-04504 JHN (PLAx)<br><br>**NOTICE OF FILING OF CERTIFICATE OF GOOD STANDING IN SUPPORT OF KIRSTEN R. RYDSTROM'S APPLICATION FOR ADMISSION *PRO HAC VICE*** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant MED3000, INC. hereby files the Certificate of Good Standing of Kirsten R. Rydstrom in support of her application to be admitted *pro hac vice*. A true and correct copy of her Certificate, issued by the Clerk of the Supreme Court of the State of Pennsylvania, is attached hereto as **Exhibit A**.

DATED: September 29, 2011.                REED SMITH LLP

By   */s/ Katherine W. Insogna*
Scott D. Baker
Katherine W. Insogna
Attorneys for Defendant
MED3000, INC.

-2-

# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Kirsten R. Rydstrom, Esq.

#### DATE OF ADMISSION

#### December 4, 1995

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 29, 2011

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk