Name and address:
Benjamin M. Fletcher
Evans & Dixon, LLC
211 N. Broadway, Suite 2500
Saint Louis, MO 63102
Attorneys for Defendant
Pulse Systems, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Medsquire, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 11-4504-JHN(PLAx) |
| v. | |
| Spring Medical Systems, Inc., et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s). | |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Benjamin M. Fletcher, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: Pulse Systems, Inc. by whom I have been retained.

My business information is:
Evans & Dixon, LLC
*Firm Name*

211 N. Broadway, Suite 2500
*Street Address*

Saint Louis, MO 63102
*City, State, Zip*

bfletcher@evans-dixon.com
*E-Mail Address*

314-621-7755
*Telephone Number*

314-621-3136
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Illinois | 01/08/2008 |
| Missouri | 04/06/2006 |
| United States District Court for the Eastern District of Missouri | 01/08/2008 |

G-64 (11/10)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 1 of 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| Not applicable | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain: Not applicable.

I designate  Matthew L. Marshall (SBN 168013)  as local counsel, whose business information is as follows:

Morris Polich & Purdy, LLP
*Firm Name*

1055 W. Seventh Street, 24th Floor
*Street Address*

Los Angeles CA 90017              mmarshall@mpplaw.com
*City, State, Zip*                 *E-Mail Address*

213-891-9100                      213-488-1178
*Telephone Number*                *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated _____           Benjamin M. Fletcher
                                   *Applicant's Name (please print)*

                                   _[signature]_
                                   *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  9-28-11                     Matthew L. Marshall
                                   *Designee's Name (please print)*

                                   _[signature]_
                                   *Designee's Signature*

                                   186603
                                   *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

*The Supreme Court of Missouri*



*Certificate of Admission as an  
Attorney at Law*

I, Bill L. Thompson, Interim Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 4/19/2006,

*Benjamin Michael Fletcher*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

> IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 14th day of September, 2011.
>
> *Bill L. Thompson*
>
> Interim Clerk of the Supreme Court of Missouri