Name & Address:
Benjamin M. Fletcher
Evans & Dixon, LLC
211 N. Broadway, Suite 2500
Saint Louis, MO 63102
Attorney for Defendant
Pulse Systems, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Medsquire, LLC<br><br>Plaintiff(s)<br>v.<br><br>Spring Medical Systems, Inc., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 11-4504-JHN(PLAx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Benjamin M. Fletcher</u>, of <u>Evans & Dixon, LLC, 211 n. Broadway, Suite 2500, Saint Louis, MO 63102</u>
  *Applicant's Name*                     *Firm Name / Address*

<u>314-621-7755</u>                             <u>bfletcher@evans-dixon.com</u>
  *Telephone Number*                       *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   ☑ Defendant

☐ Intervener or other interested person <u>Pulse Systems, Inc.</u>

and the designation of <u>Matthew L. Marshall (SBN 168013)</u>
                       *Local Counsel Designee /State Bar Number*

of <u>Morris Polich & Purdy, LLP., 1055 W. 7th Street, Los Angeles, CA 90017</u>
           *Local Counsel Firm / Address*

<u>213-891-9100</u>                              <u>mmarshall@mpplaw.com</u>
  *Telephone Number*                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____              _____
                                          U. S. District Judge/U.S. Magistrate Judge