RODERICK G. DORMAN (SBN 96908)
(rdormanr@mckoolsmithhennigan.com)
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
**MCKOOL SMITH HENNIGAN, P.C.**
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff MEDSQUIRE, LLC

Karin G. Pagnanelli
(*kgp@msk.com*)
**MITCHELL SILBERBERG & KNUPP LLP**
11377 W. Olympic Boulevard
Los Angeles, CA  90064
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Defendant
*SuccessEHS, INC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>            Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>            Defendants. | Case No. CV11-4504-JHN (PLAx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE RE SuccessEHS**<br><br>**[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]** |

1  WHEREAS, Plaintiff Medsquire, LLC, and Defendant SuccessEHS, have reached an amicable settlement of the disputes raised in this action as contained in a separate Patent License and Settlement Agreement ("Agreement");

WHEREAS, Plaintiff agrees to dismiss all its claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a) in accordance with the terms of the Agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiff Medsquire, LLC, and Defendant SuccessEHS that all claims in the above-captioned action shall, in accordance with the following Order of Dismissal, be dismissed with prejudice and that each party shall bear its own costs, expenses and attorneys' fees.

DATED: September 29, 2011        **MCKOOL SMITH HENNIGAN, P.C.**

By      */s/ Lawrence M. Hadley*
            Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

DATED: September 29, 2011        **MITCHELL SILBERBERG & KNUPP LLP**

By      */s/ Karin G. Pagnanelli*
            Karin G. Pagnanellir

Attorneys for Defendant SuccessEHS