| | |
|---|---|
| 1 | JEFFREY T. THOMAS, SBN 106409, |
| 2 | jtthomas@gibsondunn.com<br>DAVID A. SEGAL, SBN 166635 |
| 3 | dsegal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 4 | 3161 Michelson Drive<br>Irvine, CA 92612-4412 |
| 5 | Telephone: 949.451.3800<br>Facsimile:  949.451.4220 |
| 6 | Attorneys for Defendant |
| 7 | HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC, | CASE NO.: 2:11-cv-04504-JHN-PLAx |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO RESPOND TO PLAINTIFF MEDSQUIRE LLC'S AMENDED COMPLAINT** |
| v. | |
| SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC., | Old Date:   October 11, 2011<br>New Date:   October 18, 2011 |
| Defendants. | |
| eCLINICALWORKS, LLC, | |
| Counterclaimant, | |
| v. | |
| MEDSQUIRE, LLC, | |
| Counterdefendants. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Medsquire LLC ("Medsquire") and Defendant Hewlett-Packard Company ("HP") that, subject to approval of the Court, the deadline for HP to answer or otherwise respond to Medsquire's First Amended Complaint For Patent Infringement (D.I. 80), currently October 11, 2011, is extended to and including October 18, 2011.

Dated: September 30, 2011

JEFFREY T. THOMAS
DAVID A. SEGAL
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jeffrey T. Thomas
    Jeffrey T. Thomas
    David A. Segal

Attorneys for Defendant HEWLETT-PACKARD COMPANY

Dated: September 30, 2011

RODERICK G. DORMAN (SBN 96908)
   dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
   hadleyl@hdlitigation.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Tel:  (213) 694-1200
Fax:  (213) 694-1234

By: /s/ Lawrence M. Hadley
    Lawrence M. Hadley

Attorneys for Plaintiff and Counterdefendant, MEDSQUIRE, LLC

101159993.1

Gibson, Dunn & Crutcher LLP