Name & Address:
Katherine W. Insogna (SBN 266326)
Email: kinsogna@reedsmith.com
REED SMITH LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071
Phone: 213.457.8000 Fax: 213.457.8080
Attorney for Defendant MED3000, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>Plaintiff(s)<br><br>v.<br><br>SPRING MEDICAL SYSTEMS, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br>CV11-4504-JHN (PLAx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Kevin S. Katona , of Reed Smith LLP, 225 Fifth Avenue, Ste. 1200, Pittsburgh, PA 15222
<br>*Applicant's Name*  *Firm Name / Address*

412-288-3848                                   kkatona@reedsmith.com
<br>*Telephone Number*                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant

☐ Intervener or other interested person MED3000, INC.

and the designation of  Katherine W. Insogna (SBN 266326)
<br>*Local Counsel Designee /State Bar Number*

of  Reed Smith LLP, 355 S. Grand Ave., Ste. 2900, Los Angeles, CA  90071
<br>*Local Counsel Firm / Address*

213.457.8000                                   kinsogna@reedsmith.com
<br>*Telephone Number*                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
<br>☐ DENIED. Fee shall be returned by the Clerk.
<br>☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated  SEP 3 0 2011

U. S. District Judge/U.S. Magistrate Judge

American LegalNet, Inc.
www.FormsWorkFlow.com