Name & Address:
Katherine W. Insogna (SBN 266326)
Email: kinsogna@reedsmith.com
REED SMITH LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071
Phone: 213.457.8000 Fax: 213.457.8080
Attorney for Defendant MED3000, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MEDSQUIRE, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:11-cv-04504-JHN-PLAx |
| v. | |
| SPRING MEDICAL SYSTEMS, INC., et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Kirsten R. Rydstrom , of Reed Smith LLP, 225 Fifth Avenue, Ste. 1200, Pittsburgh, PA 15222
        Applicant's Name                              Firm Name / Address

412-288-7284                                         krydstrom@reedsmith.com
   Telephone Number                                       E-mail Address

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant
☐ Intervener or other interested person MED3000, INC.

and the designation of  Katherine W. Insogna (SBN 266326)
                           Local Counsel Designee /State Bar Number

of Reed Smith LLP, 355 S. Grand Ave., Ste. 2900, Los Angeles, CA 90071
                        Local Counsel Firm / Address

213.457.8000                                         kinsogna@reedsmith.com
   Telephone Number                                       E-mail Address

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated  SEP 3 0 2011

                                            _____
                                            U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE


American LegalNet, Inc.
www.FormsWorkFlow.com