1  RODERICK G. DORMAN (SBN 96908)
   (rdormanr@mckoolsmithhennigan.com)
2  LAWRENCE M. HADLEY (SBN 157728)
   lhadley@mckoolsmithhennigan.com
3  **MCKOOL SMITH HENNIGAN, P.C.**
   865 South Figueroa Street, Suite 2900
4  Los Angeles, California 90017
   (213) 694-1200 - Telephone
5  (213) 694-1234 - Facsimile

6  Attorneys for Plaintiff MEDSQUIRE, LLC

7  JACK B. SMYTH
   President & CEO
8  Spring Medical Systems, Inc.
   281-537-0186

9

10                **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| MEDSQUIRE, LLC | Case No. CV11-4504-JHN (PLAx) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE RE SPRING MEDICAL SYSTEMS, INC.** |
| SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC. | **[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]** |
| Defendants. | |

CV11-04504 JHN (PLAx)                                  STIPULATION OF DISMISSAL
1769503.1

1    WHEREAS, Plaintiff Medsquire, LLC, and Defendant Spring Medical
2 Systems, Inc., have reached an amicable settlement of the disputes raised in this
3 action as contained in a separate Patent License and Settlement Agreement
4 ("Agreement");
5    WHEREAS, Plaintiff agrees to dismiss all its claims arising prior to September
6 26, 2011 with prejudice pursuant to Federal Rule of Civil Procedure 41(a) in
7 accordance with the terms of the Agreement.
8    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiff
9 Medsquire, LLC, and Defendant Spring Medical Systems, Inc. that all claims at issue
10 in the above-captioned action (*i.e.*, claims arising prior to September 26, 2011) shall,
11 in accordance with the following Order of Dismissal, be dismissed with prejudice and
12 that each party shall bear its own costs, expenses and attorneys' fees.

14 DATED:   September 30, 2011    **MCKOOL SMITH HENNIGAN, P.C.**

17    By   */s/ Lawrence M. Hadley*
              Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

20 DATED:   September 30, 2011    **SPRING MEDICAL SYSTEMS, INC.**

23    By   */s/ Jack B. Smyth*
              Jack B. Smyth

Defendant Spring Medical Systems, Inc.

McKool Smith Hennigan, P.C.
Los Angeles, California

CV11-04504 JHN (PLAX)          -1-          STIPULATION OF DISMISSAL
1769503.1