# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>  Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>  Defendants. | Case No. CV11-4504-JHN (PLAx)<br><br>**[PROSED] ORDER OF DISMISSAL WITH PREJUDICE RE SPRING MEDICAL SYSTEMS, INC.** |
| eCLINICALWORKS, LLC;<br><br>  Counterclaimant,<br><br>vs.<br><br>MEDSQUIRE, LLC;<br><br>  Counterdefendant. | |

McKool Smith Hennigan, P.C.
LOS ANGELES, CALIFORNIA

CV11-4504-JHN (PLAx)
1769504.1

**ORDER RE DISMISSAL RE SPRING MEDICAL**

Pursuant to the Stipulation of Dismissal by and among Plaintiff Medsquire, LLC, and Defendant Spring Medical Systems, Inc.;

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims at issue in the above-captioned action (claims arising prior to September 26, 2011) are dismissed with prejudice, as provided in the parties' Patent License and Settlement Agreement, and each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED.

DATED: _____

UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

MCKOOL SMITH HENNIGAN, P.C.
RODERICK G. DORMAN (SBN 96908)
(rdormanr@mckoolsmithhennigan.com)
LAWRENCE M. HADLEY (SBN 157728)
(lhadley@ mckoolsmithhennigan.com)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff and Counterdefendant,
 MEDSQUIRE, LLC