1  D. James Pak (SBN 194331)
   **BAKER & MCKENZIE LLP**
2  12544 High Bluff Drive, Third Floor
   San Diego, CA  92130-3051
3  Telephone: +1 858 523 6200
   Facsimile:  +1 858 259 8290
4  D.James.Pak@bakermckenzie.com
   Attorneys for Defendant QUEST
5  DIAGNOSTICS INCORPORATED.

6                **UNITED STATES DISTRICT COURT**

7                **CENTRAL DISTRICT OF CALIFORNIA**

8                       **WESTERN DIVISION**

9  MEDSQUIRE, LLC                    | **Case No. CV11-4504-JHN (PLAx)**
10                Plaintiff,
11 vs.                                | **NOTICE OF LODGING OF STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF INDIRECT INFRINGEMENT CLAIMS AS ASSERTED AGAINST QUEST DIAGNOSTICS, INC.**
12 SPRING MEDICAL SYSTEMS, INC.;
   QUEST DIAGNOSTICS, INC.;
13 NEXTGEN HEALTHCARE
   INFORMATION SYSTEMS, INC.;
14 HENRY SCHEIN MEDICAL
   SYSTEMS, INC.; HEWLETT-
15 PACKARD COMPANY; APRIMA
   MEDICAL SOFTWARE, INC.;
16 eCLINICALWORKS, LLC; MED3000,    Judge: Hon. Jacqueline H. Nguyen
   INC.; PULSE SYSTEMS, INC.;
17 COMPULINK BUSINESS SYSTEMS,
   INC.; NEXTECH SYSTEMS, INC.;
18 NAVINET, INC.; successEHS, INC.;
   athenaHEALTH, INC.
19
20                Defendants.

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130-3051

Case No. CV11-4504-JHN (PLAx)
NOTICE OF LODGING OF STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CERTAIN CLAIMS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiff Medsquire, LLC and Defendant Quest Diagnostics, Inc. are lodging the attached Stipulation and Proposed Order for Dismissal of Indirect Infringement Claims As Asserted Against Quest Diagnostics, Inc. with the Court.

Dated:       October 10, 2011          BAKER & McKENZIE LLP

/s/ D. James Pak
D. James Pak
Attorney for Defendant QUEST
DIAGNOSTICS INCORPORATED.

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130-3051

Case No. CV11-4504-JHN (PLAx)
NOTICE OF LODGING OF STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CERTAIN CLAIMS