1  Roderick G. Dorman (SBN 96908)
2  Lawrence M. Hadley (SBN 157728)
   **MCKOOL SMITH HENNIGAN, P.C.**
3  865 South Figueroa Street, Suite 2900
4  Los Angeles, CA 90017
   Telephone: +1 213 694 1200
5  Facsimile:  +1 213 694 1234
6  Attorneys for Plaintiff MEDSQUIRE, LLC

7  D. James Pak (SBN 194331)
   **BAKER & MCKENZIE LLP**
8  12544 High Bluff Drive, Third Floor
   San Diego, CA  92130-3051
9  Telephone: +1 858 523 6200
   Facsimile:  +1 858 259 8290
10 D.James.Pak@bakermckenzie.com
   Attorneys for Defendant QUEST
11 DIAGNOSTICS INCORPORATED.

12                **UNITED STATES DISTRICT COURT**
13                **CENTRAL DISTRICT OF CALIFORNIA**
14                         **WESTERN DIVISION**

15 | MEDSQUIRE, LLC | **Case No. CV11-4504-JHN (PLAx)** |

16 |                | Plaintiff, |

17 | vs. | **STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF INDIRECT INFRINGEMENT CLAIMS AS ASSERTED AGAINST QUEST DIAGNOSTICS, INC.** |

18 SPRING MEDICAL SYSTEMS, INC.;
19 QUEST DIAGNOSTICS, INC.;
   NEXTGEN HEALTHCARE
20 INFORMATION SYSTEMS, INC.;
   HENRY SCHEIN MEDICAL
21 SYSTEMS, INC.; HEWLETT-
   PACKARD COMPANY; APRIMA         Judge: Hon. Jacqueline H. Nguyen
22 MEDICAL SOFTWARE, INC.;
   eCLINICALWORKS, LLC; MED3000,
23 INC.; PULSE SYSTEMS, INC.;
   COMPULINK BUSINESS SYSTEMS,
24 INC.; NEXTECH SYSTEMS, INC.;
   NAVINET, INC.; successEHS, INC.;
25 athenaHEALTH, INC.

26                         Defendants.
27
28

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130-3051

Case No. CV11-4504-JHN (PLAx)
STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CERTAIN CLAIMS

WHEREAS, Medsquire, LLC ("Medsquire") asserted claims of indirect infringement against Quest Diagnostics, Inc. ("Quest") at paragraphs 165-169 and 230-233 of the First Amended Complaint; and

WHEREAS, Medsquire agrees to voluntarily dismiss such claims;

**IT IS HEREBY STIPULATED TO AND ORDERED AS FOLLOWS:**

(1) Medsquire's claims of indirect infringement against Quest at paragraphs 165-169 and 230-233 of the First Amended Complaint are dismissed without prejudice; provided however, Medsquire may move for leave to reintroduce those claims, which leave will be granted only if Medsquire can establish good cause for doing so based on a newly learned or discovered fact(s) relating to Quest's alleged knowledge of the patent in suit and specific intent to induce others' infringement.

(2) Quest shall have until October 25, 2011, to answer the remaining claim against it for direct infringement in the First Amended Complaint.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:      October 10, 2011

McKOOL SMITH HENNIGAN, P.C.          BAKER & McKENZIE LLP


/s/ Lawrence M. Hadley                  /s/ D. James Pak
Lawrence M. Hadley                      D. James Pak
Attorney for Plaintiff MEDSQUIRE,       Attorney for Defendant QUEST
LLC                                     DIAGNOSTICS INCORPORATED.

**IT IS SO ORDERED.**

Dated:_____     By:_____
                          Honorable Jacqueline H. Nguyen
                          United States Judge

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130-3051

Case No. CV11-4504-JHN (PLAx)
STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CERTAIN CLAIMS