JEFFREY T. THOMAS, SBN 106409
  jtthomas@gibsondunn.com
DAVID A. SEGAL, SBN 166635
  dsegal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>SPRING MEDICAL SYSTEMS, INC., et al.,<br><br>      Defendants. | CASE NO. 2:11-CV-04504-JHN (PLAx)<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO RESPOND TO PLAINTIFF MEDSQUIRE LLC'S AMENDED COMPLAINT**<br><br>Old Date: October 18, 2011<br>New Date: November 10, 2011 |
| eCLINICAL WORKS, LLC,<br><br>      Counterclaimant,<br><br>    v.<br><br>MEDSQUIRE, LLC,<br><br>      Counterdefendant. | |

WHEREAS, Plaintiff Medsquire LLC ("Medsquire") filed its First Amended Complaint For Patent Infringement (D.I. 80) on September 21, 2011;

WHEREAS, the original deadline for Defendant Hewlett-Packard Company ("HP") to respond to the Amended Complaint was October 11, 2011;

1  WHEREAS, on October 3, 2011, this Court granted Medsquire's and HP's stipulation to extend HP's time to answer or otherwise respond to the Amended Complaint to October 18, 2011 (D.I. 95);

4  WHEREAS, Medsquire and HP have agreed to a further extension of the time for HP to answer or otherwise respond to the Amended Complaint until November 10, 2011;

7  WHEREAS, an extension of the time for HP to answer or otherwise respond to the Amended Complaint until November 10, 2011, would represent a total extension of thirty (30) days from the original deadline of October 11, 2011;

10  NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiff Medsquire and Defendant HP that, subject to approval of the Court, the deadline for HP to answer or otherwise respond to Medsquire's First Amended Complaint for Patent Infringement (D.I. 80), currently October 18, 2011, is extended to and including November 10, 2011.

Dated:  October 10, 2011

JEFFREY T. THOMAS
DAVID A. SEGAL
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jeffrey T. Thomas*
Jeffrey T. Thomas
David A. Segal

Attorneys for Defendant HEWLETT-PACKARD COMPANY

Dated:  October 10, 2011

RODERICK G. DORMAN (SBN 96908)
  dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
  hadleyl@ hdlitigation.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Tel:  (213) 694-1200
Fax:  (213) 694-1234

By: */s/ Lawrence M. Hadley*
Lawrence M. Hadley

Attorneys for Plaintiff and Counterdefendant, MEDSQUIRE, LLC

101164374.1