UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.,<br><br>    Defendants.<br><br>eCLINICALWORKS, LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>MEDSQUIRE, LLC,<br><br>    Counterdefendants. | CASE NO.: 2:11-cv-04504-JHN-PLAx<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO RESPOND TO PLAINTIFF MEDSQUIRE LLC'S FIRST AMENDED COMPLAINT**<br><br>New Date to Respond: November 10, 2011 |

1      Pursuant to the Second Stipulation To Extend Time by and among Plaintiff Medsquire LLC ("Medsquire") and Defendant Hewlett-Packard Company ("HP") filed on October 10, 2011;

     IT IS HEREBY ORDERED THAT:

     The deadline for HP to answer or otherwise respond to Medsquire's First Amended Complaint For Patent Infringement (D.I. 80) is extended to and including November 10, 2011.

Dated: _____

                                                    Jacqueline H. Nguyen
                                                   United States District Judge

Submitted by:

JEFFREY T. THOMAS, SBN 106409,
  jtthomas@gibsondunn.com
DAVID A. SEGAL, SBN 166635
  dsegal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:   949.451.4220

By *Jeffrey T. Thomas*
     Jeffrey T. Thomas

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

101164397.1