UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.,<br><br>　　　　Defendants.<br><br>eCLINICALWORKS, LLC,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>MEDSQUIRE, LLC,<br><br>　　　　Counterdefendants. | CASE NO.: 2:11-cv-04504-JHN-PLAx<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO RESPOND TO PLAINTIFF MEDSQUIRE LLC'S FIRST AMENDED COMPLAINT**<br><br>New Date to Respond:<br>November 10, 2011 |

1  Pursuant to the Second Stipulation To Extend Time by and among Plaintiff Medsquire LLC ("Medsquire") and Defendant Hewlett-Packard Company ("HP") filed on October 10, 2011;

IT IS HEREBY ORDERED THAT:

The deadline for HP to answer or otherwise respond to Medsquire's First Amended Complaint For Patent Infringement (D.I. 80) is extended to and including November 10, 2011.

Dated: October 11, 2011

_____
Jacqueline H. Nguyen
United States District Judge

Submitted by:

JEFFREY T. THOMAS, SBN 106409,
   jtthomas@gibsondunn.com
DAVID A. SEGAL, SBN 166635
   dsegal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:   949.451.4220


By  *Jeffrey T. Thomas*
       Jeffrey T. Thomas

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

2011 1010 PROPOSED ORDER GRANTING SECOND EXTENSION OF TIME TO ANSWER 1AC.DOCX

2