Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
Mark A. Goldstein, Cal. Bar No. 175,318
mgoldstein@socalip.com
M. Kala Sarvaiya, Cal. Bar No. 238,453
ksarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Defendant Compulink Business Systems, Inc.

Roderick G. Dorman, Cal. Bar No. 96,908)
rdorman@ mckoolsmithhennigan.com
Lawrence M. Hadley, Cal. Bar No. 157,728)
LHadley@mckoolsmithhennigan.com
Mckool Smith Hennigan, P.C.
865 South Figueroa St., Suite 2900
Los Angeles, California 90017
Phone (213) 694-1200 • Fax (213) 694-1234

Attorneys for Plaintiff Medsquire, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Medsquire, LLC<br>    Plaintiff,<br>  v.<br>Spring Medical Systems, Inc., et al.,<br>    Defendants.<br>And Related Counterclaim | No. 2:11-cv-04504-JHN (PLAx)<br>Stipulation to Dismiss Indirect Infringement Claims Asserted against all Defendants other than Quest Diagnostics, Inc. and Hewlett Packard Company<br>Judge: Hon. Jacqueline H. Nguyen |

**WHEREAS**, Medsquire, LLC ("Medsquire") asserted claims of indirect infringement against Quest Diagnostics, Inc. ("Quest") in the First Amended Complaint, and Medsquire agreed to voluntarily dismiss such claims.

**WHEREAS**, Medsquire is now willing to dismiss its similar claims of indirect infringement against the remaining defendants other than Hewlett Packard Company, namely Henry Schein Medical Systems, Inc.; Nextgen Healthcare Information Systems, Inc.; Aprima Medical Software, Inc.; eClinicalWorks, LLC; MED3000, Inc.; Pulse Systems, Inc.; Compulink Business Systems, Inc.; Navinet, Inc.; successEHS, Inc.; and athenaHealth, Inc.

**Therefore, the parties through counsel stipulate as follows:**

(1) Medsquire's claims of indirect infringement against the following:

    a) Henry Schein Medical Systems, Inc. at paragraphs 175-179 and 238-241 of the First Amended Complaint

    b) Nextgen Healthcare Information Systems, Inc. at paragraphs 170-174 and 234-237 of the First Amended Complaint

    c) Aprima Medical Software, Inc. at paragraphs 185-189 and 246-249 of the First Amended Complaint

    d) eClinicalWorks, LLC at paragraphs 190-194 and 250-253 of the First Amended Complaint

    e) MED3000, Inc. at paragraphs 195-199 and 254-257 of the First Amended Complaint

    f) Pulse Systems, Inc. at paragraphs 200-204 and 258-261 of the First Amended Complaint

    g) Compulink Business Systems, Inc. at paragraphs 205-209 and 262-265 of the First Amended Complaint

    h) Navinet, Inc. at paragraphs 210-214 and 266-269 of the First Amended Complaint

    i) successEHS, Inc. at paragraphs 215-219 and 270-273 of the First Amended Complaint; and

j) AthenaHealth, Inc. at paragraphs 220-224 and 274-277 of the First Amended Complaint

are dismissed without prejudice.

Provided, however, Medsquire may move for leave to reintroduce those claims, which leave will be granted only if Medsquire can establish good cause for doing so based on a newly learned or discovered fact(s) relating to each defendant's alleged knowledge of the patent in suit and specific intent to induce others' infringement.

(2) Each defendant has until October 25, 2011, to answer the remaining claims in the First Amended Complaint.

Dated: October 11, 2011

| | |
|---|---|
| s/ *Michael Harris* | s/ *Lawrence M. Hadley* |
| Michael D. Harris | Lawrence M. Hadley |
| SoCal IP Law Group LLP | McKool Smith Hennigan, P.C. |
| Attorneys for Compulink Business Systems, Inc. | Attorneys for Plaintiff, Medsquire, LLC |
| */s/ Harry "Hap" Weitzel* | Michael T. Renaud (*admitted pro hac vice*) |
| Harry "Hap" Weitzel (SBN149934) | renaudm@pepperlaw.com |
| weitzelh@pepperlaw.com | Noah V. Malgeri (*admitted pro hac vice*) |
| Jeffrey M. Goldman (SBN 233840) | malgerin@pepperlaw.com |
| goldmanj@pepperlaw.com | Anne M. Shyjan (SBN 211906) |
| Pepper Hamilton, LLP | shyjana@pepperlaw.com |
| 4 Park Plaza, Suite 1200 | Pepper Hamilton, LLP |
| Irvine, California 92614 | 15th Floor, Oliver Street Tower |
| Telephone: 949-567-3500 | 125 High Street |
| Fax: 949-863-0151 | Boston, MA 02110 |
| | Telephone: 617-204-5100 |
| Attorneys for Defendant Nextgen Healthcare Information System, Inc. | Fax: 617-204-5150 |
| | Attorneys for Defendant Nextgen Healthcare Information System, Inc. |

| | |
|---|---|
| */s/ John W. Amberg* | */s/ John M. Adams* |
| John W. Amberg (SBN 108166) | John M. Adams |
| jwamberg@bryancave.com | (requesting pro hac vice admission) |
| Keith Aurzada (admitted *pro hac vice*) | Price & Adams, P.C. |
| keith.aurzada@bryancave.com | 4135 Brownsville Road |
| Ryan T; Pumpian (admitted *pro hac vice*) | Pittsburgh, PA 15227 |
| ryan.pumpian@bryancave.com | Telephone: 412-882-7170 |
| Shelly C. Gopaul (SBN 246382) | Telefax: 412-884-6650 |
| shelly.gopaul@bryancave.com | paip.law@verizon.net |
| Bryan Cave, LLP | |
| 120 Broadway, Suite 300 | Attorneys for Defendant NaviNet, Inc. |
| Santa Monica, CA 90401-2386 | |
| Telephone: 310-576-2100 | |
| Fax: 310-576-2200 | |
| | |
| Attorneys for Defendant eClinicalWorks, LLC | |
| Bruce E. Fader (admitted *pro hac vice*) | */s/ Nancy Sher Cohen* |
| bfader@proskauer.com | Nancy Sher Cohen (SBN 81706) |
| Baldassare Vinti (admitted *pro hac vice*) | Proskauer Rose, LLP |
| bvinti@proskauer.com | 2049 Century Park East, Suite 3200 |
| Colin G. Cabral (admitted *pro hac vice*) | Los Angeles, CA 90067-3206 |
| ccabral@proskauer.com | Telephone: 310-557-2900 |
| Proskauer Rose, LLP | Fax: 310-557-2193 |
| Eleven Times Square | ncohen@proskauer.com |
| New York, NY 10036-8299 | |
| Telephone: 212-969-3000 | Attorneys for Defendant Henry Schein |
| Fax: 212-969-2900 | Medical Systems, Inc. |
| | |
| Attorneys for Defendant Henry Schein Medical Systems, Inc. | |

| | |
|---|---|
| /s/ Kevin S. Katona<br>Kevin S. Katona (admitted *pro hac vice*)<br>Kkatona@reedsmith.com<br>Kirsten R. Rydstrom<br>(admitted *pro hac vice*)<br>krydstrom@reedsmith.com<br>Reed Smith, LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222-2716<br>Telephone: 412-288-3131<br>Fax: 412-288-3063<br><br>Attorneys for Defendant MED3000,Inc. | Scott D. Baker (SBN 84923)<br>sbaker@reedsmith.com<br>Reed Smith, LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: 415-543-8700<br>Fax: 415-391-8269<br><br>Attorneys for Defendant MED3000, Inc.<br><br>Katherine W. Insogna (SBN 266326)<br>kinsogna@reedsmith.com<br>Reed Smith, LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514<br>Telephone: 213-457-8000<br>Fax: 213-457-8080<br><br>Attorneys for Defendant MED3000,Inc. |
| /s/ Don V. Kelly<br>Don V. Kelly (admitted *pro hac vice*)<br>Evans & Dixon, LLC<br>Metropolitan Square<br>211 N. Broadway, Suite 2500<br>Saint Louis, Missouri 63102<br>Telephone: 314-621-7755<br>Fax: 314-621-3136<br><br>Attorneys for Defendant Pulse Systems, Inc. | Matthew L. Marshall (SBN 186603)<br>Derek A. Simpson<br>Morris Polich & Purdy, LLP<br>1055 W. Seventh Street, 24th Floor<br>Los Angeles CA 90017<br>Telephpne: 213-417-5106<br>Fax: 213-488-1178<br><br>Attorneys for Defendant Pulse Systems, Inc. |

| | |
|---|---|
| 1 | |
| | */s/ Kevin P. Perkins* |
| 2 | Kevin P. Perkins (admitted *pro hac vice*) |
| | Kenneth W. Biermacher (admitted *pro hac vice*) |
| 3 | Kane, Russell, Coleman & Logan, PC |
| 4 | 1601 Elm Street, Suite 3700 |
| 5 | Dalla, TX 75201 |
| | Telephone: 214-777-4200 |
| 6 | Fax: 214-777-4299 |
| 7 | kperkins@krcl.com |

1 /s/ Kevin P. Perkins
Kevin P. Perkins (admitted *pro hac vice*)
Kenneth W. Biermacher (admitted *pro hac vice*)
Kane, Russell, Coleman & Logan, PC
1601 Elm Street, Suite 3700
Dalla, TX 75201
Telephone: 214-777-4200
Fax: 214-777-4299
kperkins@krcl.com

Attorneys for Defendant Aprima Medical Software, Inc.

Randall S. Leff
Russell M. Selmont
Ervin, Cohen & Jessup, LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212
Telephone: 310-273-6333
Fax: 310-859-2325

Attorneys for Defendant Aprima Medical Software, Inc.

*s/ Gerald B. Hrycyszyn*
Gerald B. Hrycyszyn (SBN 227814)
ghrycyszyn@wolfgreenfield.com
Michael A. Albert
malbert@wolfgreenfield.com
(pro hac vice to be filed)
Hunter D. Keeton
hkeeton@wolfgreenfield.com
(pro hac vice to be filed)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: 617-646-8000
Fax: 617-646-8646

Attorneys for AthenaHealth, Inc.

---

Stipulation to Dismiss Indirect Infringement Claims

6

Medsquire v Spring Medical Systems, et al.
No. 2:11-cv-04504-JHN (PLAx)