1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| Medsquire, LLC | No. 2:11-cv-04504-JHN (PLAx) |
|---|---|
| Plaintiff, | Order Granting Stipulation to Dismiss Indirect Infringement Claims Asserted against all Defendants other than Quest Diagnostics, Inc. and Hewlett Packard Company |
| v. | |
| Spring Medical Systems, Inc., et al., | |
| Defendants. | |
| And Related Counterclaim | Judge: Hon. Jacqueline H. Nguyen |

The parties have stipulated to dismiss without prejudice certain claims of indirect infringement against the remaining defendants in the First Amended Complaint except Quest Diagnostics, Inc. and Hewlett Packard Company.

IT IS HEREBY ORDERED THAT: Medsquire's claims of indirect infringement against the following Defendants

    a) Henry Schein Medical Systems, Inc. at paragraphs 175-179 and 238-241 of the First Amended Complaint

    b) Nextgen Healthcare Information Systems, Inc. at paragraphs 170-174 and 234-237 of the First Amended Complaint

    c) Aprima Medical Software, Inc. at paragraphs 185-189 and 246-249 of the First Amended Complaint

      d) eClinicalWorks, LLC at paragraphs 190-194 and 250-253 of the First Amended Complaint

      e) MED3000, Inc. at paragraphs 195-199 and 254-257 of the First Amended Complaint

      f) Pulse Systems, Inc. at paragraphs 200-204 and 258-261 of the First Amended Complaint

      g) Compulink Business Systems, Inc. at paragraphs 205-209 and 262-265 of the First Amended Complaint

      h) Navinet, Inc. at paragraphs 210-214 and 266-269 of the First Amended Complaint

      i) successEHS, Inc. at paragraphs 215-219 and 270-273 of the First Amended Complaint; and

      j) AthenaHealth, Inc. at paragraphs 220-224 and 274-277 of the First Amended Complaint

are dismissed without prejudice.

    IT IS ALSO ORDERED: That, Medsquire may move for leave to reintroduce those claims, which leave will be granted only if Medsquire can establish good cause for doing so based on newly learned or discovered fact(s) relating to each defendant's alleged knowledge of the patent in suit and specific intent to induce others' infringement.

    FURTHER, each defendant has until October 25, 2011, to answer the remaining claims of the First Amended Complaint.

Dated: October___, 2011              _____
                                                                                         United States District Judge