MCKOOL SMITH HENNIGAN, P,C,
RODERICK G. DORMAN (SBN 96908)
rdorman@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@ hdlitigation.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff and Counterdefendant,
 MEDSQUIRE, LLC

[SEE SIGNATURE BLOCK FOR DEFENDANTS'
COUNSEL]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>　　　　　Defendants.<br><br>eCLINICALWORKS, LLC;<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>MEDSQUIRE, LLC;<br><br>　　　　　Counterdefendant. | Case No. 2:11-CV-04504-JHN (PLAx)<br><br>**STIPULATION REGARDING FILING OF SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

CV11-4504-JHN (PLAx)　　　　　　　　　　　　**STIPULATION RE SECOND AMENDED COMPLAINT**
iManage\1772628.1

WHEREAS, on August 31, 2011, the Court granted Defendants' motion to dismiss the original complaint with leave to amend no later than September 26, 2011;

WHEREAS, on September 21, 2011, Plaintiff filed a First Amended Complaint in accordance with the Court's order granting Defendants' motion to dismiss;

WHEREAS, the parties stipulated, and the Court ordered, that the indirect infringement claims in Plaintiff's First Amended Complaint be dismissed without prejudice and that each defendant be given until October 25, 2011 to answer to the remaining claims;

WHEREAS, on October 21, 2011, Plaintiff filed a Corrected First Amended Complaint in which (1) the indirect infringement claims were removed; (2) settling defendants are removed; and (3) certain changes to the direct infringement claims were made.

WHEREAS, Plaintiff has agreed to re-file the Corrected First Amended Complaint as a Second Amended Complaint provided each Defendant has until November 8, 2011 to respond.

**NOW THEREFORE, THE PARTIES, THOUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE AS FOLLOWS:**

1. On October 25, 2011, Plaintiff will re-file its Corrected First Amended Complaint as a Second Amended Complaint.

2. Each Defendant shall have until November 8, 2011, to respond to the Second Amended Complaint.

DATED:   October 24, 2011

s/ *Michael Harris*
Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Compulink Business Systems, Inc.

s/ *Lawrence M. Hadley*
Lawrence M. Hadley
McKool Smith Hennigan, P.C.

Attorneys for Plaintiff, Medsquire, LLC

| | | |
|---|---|---|
| 1 | */s/ Harry "Hap" Weitzel* | Michael T. Renaud (*admitted pro hac vice*) |
| 2 | Harry "Hap" Weitzel (SBN149934) | |
| | weitzelh@pepperlaw.com | renaudm@pepperlaw.com |
| 3 | Jeffrey M. Goldman (SBN 233840) | Noah V. Malgeri (*admitted pro hac vice*) |
| 4 | goldmanj@pepperlaw.com | malgerin@pepperlaw.com |
| | Pepper Hamilton, LLP | Anne M. Shyjan (SBN 211906) |
| 5 | 4 Park Plaza, Suite 1200 | shyjana@pepperlaw.com |
| | Irvine, California 92614 | Pepper Hamilton, LLP |
| 6 | Telephone: 949-567-3500 | 15th Floor, Oliver Street Tower |
| 7 | Fax: 949-863-0151 | 125 High Street |
| | | Boston, MA 02110 |
| 8 | Attorneys for Defendant Nextgen | Telephone: 617-204-5100 |
| 9 | Healthcare Information System, Inc. | Fax: 617-204-5150 |
| 10 | | Attorneys for Defendant Nextgen |
| 11 | | Healthcare Information System, Inc. |
| 12 | */s/ John W. Amberg* | */s/ John M. Adams* |
| 13 | John W. Amberg (SBN 108166) | John M. Adams |
| | jwamberg@bryancave.com | (requesting pro hac vice admission) |
| 14 | Keith Aurzada (admitted *pro hac vice*) | Price & Adams, P.C. |
| | keith.aurzada@bryancave.com | 4135 Brownsville Road |
| 15 | Ryan T; Pumpian (admitted *pro hac vice*) | Pittsburgh, PA 15227 |
| 16 | ryan.pumpian@bryancave.com | Telephone: 412-882-7170 |
| | Shelly C. Gopaul (SBN 246382) | Telefax: 412-884-6650 |
| 17 | shelly.gopaul@bryancave.com | paip.law@verizon.net |
| 18 | Bryan Cave, LLP | |
| | 120 Broadway, Suite 300 | Attorneys for Defendant NaviNet, Inc. |
| 19 | Santa Monica, CA 90401-2386 | |
| 20 | Telephone: 310-576-2100 | |
| | Fax: 310-576-2200 | |
| 21 | | |
| 22 | Attorneys for Defendant eClinicalWorks, LLC | |

McKool Smith Hennigan, P.C.
los angeles, california

| | | |
|---|---|---|
| 1 | Bruce E. Fader (admitted *pro hac vice*) | */s/ Nancy Sher Cohen* |
| 2 | bfader@proskauer.com | Nancy Sher Cohen (SBN 81706) |
| | Baldassare Vinti (admitted *pro hac vice*) | Proskauer Rose, LLP |
| 3 | bvinti@proskauer.com | 2049 Century Park East, Suite 3200 |
| | Colin G. Cabral (admitted *pro hac vice*) | Los Angeles, CA 90067-3206 |
| 4 | ccabral@proskauer.com | Telephone: 310-557-2900 |
| 5 | Proskauer Rose, LLP | Fax: 310-557-2193 |
| | Eleven Times Square | ncohen@proskauer.com |
| 6 | New York, NY 10036-8299 | |
| 7 | Telephone: 212-969-3000 | Attorneys for Defendant Henry Schein |
| | Fax: 212-969-2900 | Medical Systems, Inc. |
| 8 | | |
| 9 | Attorneys for Defendant Henry Schein | |
| | Medical Systems, Inc. | |
| 10 | | |
| 11 | */s/ Kevin S. Katona* | Scott D. Baker (SBN 84923) |
| 12 | Kevin S. Katona (admitted *pro hac vice*) | sbaker@reedsmith.com |
| | Kkatona@reedsmith.com | Reed Smith, LLP |
| 13 | Kirsten R. Rydstrom | 101 Second Street, Suite 1800 |
| 14 | (admitted *pro hac vice*) | San Francisco, CA 94105-3659 |
| | krydstrom@reedsmith.com | Telephone: 415-543-8700 |
| 15 | Reed Smith, LLP | Fax: 415-391-8269 |
| | 225 Fifth Avenue | |
| 16 | Pittsburgh, PA 15222-2716 | Attorneys for Defendant MED3000, Inc. |
| 17 | Telephone: 412-288-3131 | |
| | Fax: 412-288-3063 | |
| 18 | | |
| 19 | Attorneys for Defendant MED3000,Inc. | |
| 20 | | Katherine W. Insogna (SBN 266326) |
| | | kinsogna@reedsmith.com |
| 21 | | Reed Smith, LLP |
| 22 | | 355 South Grand Avenue, Suite 2900 |
| | | Los Angeles, CA  90071-1514 |
| 23 | | Telephone: 213-457-8000 |
| | | Fax: 213-457-8080 |
| 24 | | |
| 25 | | Attorneys for Defendant MED3000,Inc. |
| 26 | | |
| 27 | | |
| 28 | | |

McKool Smith Hennigan, P.C.
los angeles, california

CV11-4504-JHN (PLAX)        -4-        STIP RE SECOND AMENDED COMPLAINT
iManage\1772628.1

| | |
|---|---|
| 1   */s/ Don V. Kelly* | Matthew L. Marshall (SBN 186603) |
| 2   Don V. Kelly (admitted *pro hac vice*) | Derek A. Simpson |

/s/ Don V. Kelly
Don V. Kelly (admitted *pro hac vice*)
Evans & Dixon, LLC
Metropolitan Square
211 N. Broadway, Suite 2500
Saint Louis, Missouri 63102
Telephone: 314-621-7755
Fax: 314-621-3136

Attorneys for Defendant Pulse Systems, Inc.

/s/ Kevin P. Perkins
Kevin P. Perkins (admitted *pro hac vice*)
Kenneth W. Biermacher (admitted *pro hac vice*)
Kane, Russell, Coleman & Logan, PC
1601 Elm Street, Suite 3700
Dalla, TX 75201
Telephone: 214-777-4200
Fax: 214-777-4299
kperkins@krcl.com

Attorneys for Defendant Aprima Medical Software, Inc.

Matthew L. Marshall (SBN 186603)
Derek A. Simpson
Morris Polich & Purdy, LLP
1055 W. Seventh Street, 24th Floor
Los Angeles CA 90017
Telephpne: 213-417-5106
Fax: 213-488-1178

Attorneys for Defendant Pulse Systems, Inc.

Randall S. Leff
Russell M. Selmont
Ervin, Cohen & Jessup, LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212
Telephone: 310-273-6333
Fax: 310-859-2325

Attorneys for Defendant Aprima Medical Software, Inc.

*s/ Gerald B. Hrycyszyn*
Gerald B. Hrycyszyn (SBN 227814)
ghrycyszyn@wolfgreenfield.com
Michael A. Albert
malbert@wolfgreenfield.com
(pro hac vice to be filed)
Hunter D. Keeton
hkeeton@wolfgreenfield.com
(pro hac vice to be filed)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: 617-646-8000
Fax: 617-646-8646

Attorneys for AthenaHealth, Inc.

McKool Smith Hennigan, P.C.
los angeles, california

1  */s/ David A. Segal*
2  JEFFREY T. THOMAS, SBN 106409,
   jtthomas@gibsondunn.com
3  DAVID A. SEGAL, SBN 166635
   dsegal@gibsondunn.com
4  3161 Michelson Drive
5  Irvine, CA  92612-4412
   Telephone: 949.451.3800
6  Fax: 949.451.4220
7
   Attorneys for Defendant HEWLETT-
8  PACKARD COMPANY
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28