McKool Smith Hennigan, P.C.
Los Angeles, California

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>Defendants.<br><br>eCLINICALWORKS, LLC;<br><br>Counterclaimant,<br><br>vs.<br><br>MEDSQUIRE, LLC;<br><br>Counterdefendant. | Case No. CV11-4504-JHN (PLAx)<br><br>**[PROSED] ORDER GRANTING STIPULATION REGARDING FILING OF SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JUDGE:** Hon. Jacqueline H. Nguyen |

CV11-4504-JHN (PLAx)
1772634.1

**ORDER RE SECOND AMENDED COMPLAINT**

Pursuant to the Stipulation of the parties regarding the filing of a Second Amended Complaint for Patent Infringement;

IT IS HEREBY ORDERED THAT:

1. On October 25, 2011, Plaintiff will re-file its Corrected First Amended Complaint as a Second Amended Complaint.

2. Each Defendant shall have until November 8, 2011, to respond to the Second Amended Complaint.

SO ORDERED.

DATED: _____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

MCKOOL SMITH HENNIGAN, P.C.
RODERICK G. DORMAN (SBN 96908)
(rdormanr@mckoolsmithhennigan.com)
LAWRENCE M. HADLEY (SBN 157728)
(lhadley@ mckoolsmithhennigan.com)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff and Counterdefendant,
 MEDSQUIRE, LLC

CV11-01755 JHN (PLAX)           -1-           **ORDER RE SECOND AMENDED COMPLAINT**
1772634.1