# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>　　　　　　Defendants.<br><br>eCLINICALWORKS, LLC;<br><br>　　　　　　Counterclaimant,<br><br>vs.<br><br>MEDSQUIRE, LLC;<br><br>　　　　　　Counterdefendant. | Case No. CV11-4504-JHN (PLAx)<br><br>**ORDER GRANTING STIPULATION REGARDING FILING OF SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JUDGE:** Hon. Jacqueline H. Nguyen |

McKool Smith Hennigan, P.C.
Los Angeles, California

CV11-4504-JHN (PLAx)
1772634.1

**ORDER RE SECOND AMENDED COMPLAINT**

1   Pursuant to the Stipulation of the parties regarding the filing of a Second
2   Amended Complaint for Patent Infringement;
3   IT IS HEREBY ORDERED THAT:
4   1. On October 25, 2011, Plaintiff will re-file its Corrected First Amended
5   Complaint as a Second Amended Complaint.
6   2. Each Defendant shall have until November 8, 2011, to respond to the
7   Second Amended Complaint.
8   SO ORDERED.

10  DATED:   October 25, 2011         _____
11                                    UNITED STATES DISTRICT JUDGE

13  SUBMITTED BY:
14  MCKOOL SMITH HENNIGAN, P.C.
    RODERICK G. DORMAN (SBN 96908)
15  (rdormanr@mckoolsmithhennigan.com)
    LAWRENCE M. HADLEY (SBN 157728)
16  (lhadley@ mckoolsmithhennigan.com)
    865 South Figueroa Street, Suite 2900
17  Los Angeles, California 90017
    (213) 694-1200 - Telephone
18  (213) 694-1234 - Facsimile

19  Attorneys for Plaintiff and Counterdefendant,
     MEDSQUIRE, LLC

CV11-01755 JHN (PLAX)        -1-        **ORDER RE SECOND AMENDED COMPLAINT**
1772634.1