1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Medsquire, LLC<br><br>    Plaintiff,<br><br>  v.<br><br>Spring Medical Systems, Inc., et al.,<br><br>    Defendants. | No. 2:11-cv-04504-JHN (PLAx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**<br><br>[Lodged concurrently with Stipulation for Protective Order]<br><br>Hon. Jacqueline H. Nguyen |
| And Related Counterclaim | Magistrate Judge: P. Abrams<br><br>**Discovery Matter** |

| [Proposed] Order Granting Stipulation for Protective Order | 1 | Medsquire v Spring Medical Systems, et al.<br>No. 2:11-cv-04504-JHN (PLAx) |
|---|---|---|

The Court, having reviewed the parties' Stipulation for Protective Order, hereby ENTERS that Stipulation and Order.

2011. SO ORDERED.

DATED: _____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Harry P. "Hap" Weitzel(SBN. 149934)
Email:weitzelh@pepperlaw.com
Jeffrey M. Goldman (SBN. 233840)
E-mail: goldmanj@pepperlaw.com
Pepper Hamilton LLP
4 Park Plaza, Suite 1200
Irvine, California  92614
Telephone:  949.567.3500
Fax:  949.863.0151

Michael T. Renaud*
Email: renaudm@pepperlaw.com
Noah Malgeri*
Email:malgerin@pepperlaw.com
Anne M. Shyjan (SBN 211906)
Email:  shyjana@pepperlaw.com
Pepper Hamilton LLP
15th Floor, Oliver Street Tower
125 High Street
Boston, MA  02110
Telephone:  617-204-5100
Fax:  617-204-5150

Attorneys for Defendant
NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.