# ATTACHMENT A

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.;<br>QUEST DIAGNOSTICS, INC.;<br>NEXTGEN HEALTHCARE<br>INFORMATION SYSTEMS, INC.;<br>HENRY SCHEIN MEDICAL SYSTEMS,<br>INC.; HEWLETT-PACKARD<br>COMPANY; APRIMA MEDICAL<br>SOFTWARE, INC.;<br>eCLINICALWORKS, LLC; MED3000,<br>INC.; PULSE SYSTEMS, INC.;<br>COMPULINK BUSINESS SYSTEMS,<br>INC.; NAVINET, INC.; successEHS,<br>INC.; athenaHEALTH, INC.<br><br>　　　　　　　Defendants.<br><br>eCLINICALWORKS, LLC;<br><br>　　　　　　　Counterclaimant,<br><br>vs.<br><br>MEDSQUIRE, LLC;<br><br>　　　　　　　Counterdefendant. | Case No. CV11-4504-JHN (PLAx)<br><br>**[PROPOSED] ORDER RE<br>PROTECTIVE ORDER RE<br>CONFIDENTIAL INFORMATION** |

FOR GOOD CAUSE SHOWN, this Protective Order, requested by the parties is hereby entered.

IT IS SO ORDERED.

Dated: _____

United States District Judge

Submitted By:

MCKOOL SMITH HENNIGAN, P.C.
RODERICK G. DORMAN (SBN 96908)
(rdorman@mckoolsmithhennigan.com)
LAWRENCE M. HADLEY (SBN 157728)
(lhadley@mckoolsmithhennigan.com)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile


By_____/s/Lawrence M. Hadley_____
       Lawrence M. Hadley
Attorneys for Plaintiff MEDSQUIRE LLC