1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC | ) Case No. CV11-4504-JHN (PLAx) |
|   Plaintiff, | ) |
| vs. | ) **ORDER RE PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION** |
| SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC. | ) **\*\* NOTE CHANGE ON P. 16 OF AMENDED STIPULATION \*\*** |
|   Defendants. | ) |
| eCLINICALWORKS, LLC; | ) |
|   Counterclaimant, | ) |
| vs. | ) |
| MEDSQUIRE, LLC; | ) |
|   Counterdefendant. | ) |

CV11-4504-JHN (PLAx)                                          [PROPOSED] ORDER
iManage\1769278.1

FOR GOOD CAUSE SHOWN, this Protective Order, requested by the parties is hereby entered.

IT IS SO ORDERED.

Dated: November 3, 2011

_/s/ Paul L. Abrams_
Paul L. Abrams
United States Magistrate Judge

Submitted By:

MCKOOL SMITH HENNIGAN, P.C.
RODERICK G. DORMAN (SBN 96908)
(rdorman@mckoolsmithhennigan.com)
LAWRENCE M. HADLEY (SBN 157728)
(lhadley@mckoolsmithhennigan.com)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile


By    _/s/Lawrence M. Hadley_
         Lawrence M. Hadley
Attorneys for Plaintiff MEDSQUIRE LLC