| | |
|---|---|
| 1 | JEFFREY T. THOMAS, SBN 106409, |
| | jtthomas@gibsondunn.com |
| 2 | DAVID A. SEGAL, SBN 166635 |
| | dsegal@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 3161 Michelson Drive |
| 4 | Irvine, CA  92612-4412 |
| | Telephone:  949.451.3800 |
| 5 | Facsimile:   949.451.4220 |
| 6 | Attorneys for Defendant |
| | HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC, | CASE NO.: 2:11-cv-04504-JHN-PLAx |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO RESPOND TO PLAINTIFF MEDSQUIRE LLC'S SECOND AMENDED COMPLAINT** |
| v. | |
| SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC., | Old Date:    November 8, 2011<br>New Date:   December 8, 2011 |
| Defendants. | |
| eCLINICALWORKS, LLC, | |
| Counterclaimant, | |
| v. | |
| MEDSQUIRE, LLC, | |
| Counterdefendants. | |

Gibson, Dunn &
Crutcher LLP

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Medsquire LLC ("Medsquire") and Defendant Hewlett-Packard Company ("HP") that, subject to approval of the Court, the deadline for HP to answer or otherwise respond to Medsquire's Second Amended Complaint For Patent Infringement (D.I. 111), currently November 8, 2011, is extended by thirty (30) days to and including December 8, 2011.

Dated: November 4, 2011

JEFFREY T. THOMAS
DAVID A. SEGAL
GIBSON, DUNN & CRUTCHER LLP


By: /s/ Jeffrey T. Thomas
   Jeffrey T. Thomas
   David A. Segal

Attorneys for Defendant HEWLETT-PACKARD COMPANY

Dated: November 4, 2011

RODERICK G. DORMAN (SBN 96908)
   dormanr@hdlitigation.com
LAWRENCE M. HADLEY (SBN 157728)
   hadleyl@ hdlitigation.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Tel:   (213) 694-1200
Fax:  (213) 694-1234


By: /s/ Lawrence M. Hadley
   Lawrence M. Hadley

Attorneys for Plaintiff and Counterdefendant, MEDSQUIRE, LLC

101180473.1