UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.,<br><br>      Defendants.<br><br>eCLINICALWORKS, LLC,<br><br>      Counterclaimant,<br><br>      v.<br><br>MEDSQUIRE, LLC,<br><br>      Counterdefendants. | CASE NO.: 2:11-cv-04504-JHN-PLAx<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO RESPOND TO PLAINTIFF MEDSQUIRE LLC'S SECOND AMENDED COMPLAINT**<br><br>New Date to Respond: December 8, 2011 |

1       Pursuant to the Stipulation To Extend Time filed on November 4, 2011 by and
2 among Plaintiff Medsquire LLC ("Medsquire") and Defendant Hewlett-Packard
3 Company ("HP");
4       IT IS HEREBY ORDERED THAT:
5       The deadline for HP to answer or otherwise respond to Medsquire's Second
6 Amended Complaint For Patent Infringement (D.I. 111) is extended to and including
7 December 8, 2011.

10 Dated: _____

                                                    Jacqueline H. Nguyen
                                                  United States District Judge

12 Submitted by:

13 JEFFREY T. THOMAS, SBN 106409,
    jtthomas@gibsondunn.com
14 DAVID A. SEGAL, SBN 166635
    dsegal@gibsondunn.com
15 GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
16 Irvine, CA  92612-4412
Telephone:  949.451.3800
17 Facsimile:   949.451.4220

19 By___/s/ Jeffrey T. Thomas_____
        Jeffrey T. Thomas

20 Attorneys for Defendant
HEWLETT-PACKARD COMPANY

101180476.1

2