Scott D. Baker (SBN 84923)
Email:  sbaker@reedsmith.com
William R. Overend (SBN 180209)
Email:  woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  +1 415 543 8700
Facsimile:   +1 415 391 8269

Kirsten R. Rydstrom (PA 76549)
(*admitted pro hac vice*)
Email:  krydstrom@reedsmith.com
Kevin S. Katona (PA 91651)
(*admitted pro hac vice*)
Email:  kkatona@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: +1 412 288-3131
Facsimile: +1 412 288-3063

Katherine W. Insogna (SBN 266326)
Email:  kinsogna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant MED3000, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SPRING MEDICAL SYSTEMS, INC., et al.,<br><br>　　　　Defendants. | Case No.: 2:11-cv-04504 JHN (PLAx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT MED3000, INC. TO RESPOND TO PLAINTIFF MEDSQUIRE'S SECOND AMENDED COMPLAINT**<br><br>Old Date:  November 8, 2011<br>New Date:  December 8, 2011 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Medsquire, LLC ("Medsquire") and Defendant MED3000, Inc. ("MED3000") that, subject to approval of the Court, the deadline for MED3000 to answer or otherwise respond to Medsquire's Second Amended Complaint for Patent Infringement (D.I. 111), currently November 8, 2011, is extended by thirty (30) days to and including December 8, 2011.

DATED: November 7, 2011.    REED SMITH LLP

By  /s/ Katherine W. Insogna
Scott D. Baker
Kirsten R. Rydstrom
Kevin S. Katona
Katherine W. Insogna

Attorneys for Defendant MED3000, INC.

DATED: November 7, 2011.    MCKOOL SMITH HENNIGAN, P.C.
RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Tel: (213) 694-1200
Fax: (213) 694-1234

By  /s/ Lawrence M. Hadley
Lawrence M. Hadley

Attorneys for Plaintiff Medsquire, LLC