REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC, | Case No.: 2:11-cv-04504 JHN (PLAx) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR** |
| SPRING MEDICAL SYSTEMS, INC., et al., | **DEFENDANT MED3000, INC. TO RESPOND TO PLAINTIFF MEDSQUIRE'S SECOND AMENDED** |
| Defendants. | **COMPLAINT** |
| | New Date to Respond: December 8, 2011 |

Case No. 2:11-cv-04504 JHN (PLAx)

[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT MED3000, INC. TO RESPOND TO PLAINTIFF MEDSQUIRE'S SECOND AMENDED COMPLAINT

Pursuant to the Stipulation To Extend Time filed on November 7, 2011 by and among Plaintiff Medsquire, LLC ("Medsquire") and Defendant MED3000, Inc. ("MED3000");

IT IS HEREBY ORDERED THAT:

The Deadline for MED3000 to answer or otherwise respond to Medsquire's Second Amended Complaint for Patent Infringement (D.I. 111) is extended to and including December 8, 2011.

DATED: _____

                                    Jacqueline H. Nguyen
                                    United States District Judge

Submitted by:

REED SMITH LLP

By  /s/ *Katherine W. Insogna*
      Scott D. Baker
      Kirsten R. Rydstrom
      Kevin S. Katona
      Katherine W. Insogna

Attorneys for Defendant MED3000, INC.