1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                            WESTERN DIVISION
11

| | |
|---|---|
| 12  MEDSQUIRE, LLC, | CASE NO.: 2:11-cv-04504-JHN-PLAx |
| 13            Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO RESPOND TO PLAINTIFF MEDSQUIRE LLC'S SECOND AMENDED COMPLAINT** |
| 14       v. | |
| 15  SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC., | New Date to Respond: December 8, 2011 |
| 22            Defendants. | |
| 23  eCLINICALWORKS, LLC, | |
| 24            Counterclaimant, | |
| 25       v. | |
| 26  MEDSQUIRE, LLC, | |
| 27            Counterdefendants. | |

28

1   Pursuant to the Stipulation To Extend Time filed on November 4, 2011 by and
2   among Plaintiff Medsquire LLC ("Medsquire") and Defendant Hewlett-Packard
3   Company ("HP");
4   IT IS HEREBY ORDERED THAT:
5   The deadline for HP to answer or otherwise respond to Medsquire's Second
6   Amended Complaint For Patent Infringement (D.I. 111) is extended to and including
7   December 8, 2011.

Dated: November 08, 2011

_____
Jacqueline H. Nguyen
United States District Judge

Submitted by:

JEFFREY T. THOMAS, SBN 106409,
  jtthomas@gibsondunn.com
DAVID A. SEGAL, SBN 166635
  dsegal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:   949.451.4220


By   */s/ Jeffrey T. Thomas*
        Jeffrey T. Thomas

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

PO RE STIP TO EXTEND TIME.DOCX

2