REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>SPRING MEDICAL SYSTEMS, INC., et al.,<br><br>    Defendants. | Case No.: 2:11-cv-04504-JHN-PLAx<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT MED3000, INC. TO RESPOND TO PLAINTIFF MEDSQUIRE'S SECOND AMENDED COMPLAINT**<br><br>New Date to Respond:  December 8, 2011 |

Pursuant to the Stipulation To Extend Time filed on November 7, 2011 by and among Plaintiff Medsquire, LLC ("Medsquire") and Defendant MED3000, Inc. ("MED3000");

IT IS HEREBY ORDERED THAT:

The Deadline for MED3000 to answer or otherwise respond to Medsquire's Second Amended Complaint for Patent Infringement (D.I. 111) is extended to and including December 8, 2011.

DATED: November 08, 2011

_____
Jacqueline H. Nguyen
United States District Judge

Submitted by:

REED SMITH LLP

By  */s/ Katherine W. Insogna*
    Scott D. Baker
    Kirsten R. Rydstrom
    Kevin S. Katona
    Katherine W. Insogna

Attorneys for Defendant MED3000, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 2:11-cv-04504 JHN (PLAx)          – 1 –
[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT MED3000, INC. TO RESPOND TO PLAINTIFF MEDSQUIRE'S SECOND AMENDED COMPLAINT