1   MCKOOL SMITH HENNIGAN, P.C.
RODERICK G. DORMAN (SBN 96908)
2   rdorman@mckoolsmithhennigan.com
LAWRENCE M. HADLEY (SBN 157728)
3   lhadley@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
4   Los Angeles, California 90017
(213) 694-1200 - Telephone
5   (213) 694-1234 - Facsimile

6   Attorneys for Plaintiff MEDSQUIRE, LLC

7

8                 **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MEDSQUIRE, LLC                 )   Case No. CV11-4504-JHN (PLAx)
                                      )
12                 Plaintiff,       )
                                      )   **NOTICE OF REQUEST AND**
13   vs.                                )   **REQUEST TO ENTER DEFAULT**
                                      )   **AGAINST DEFENDANT NAVINET,**
14   SPRING MEDICAL SYSTEMS, INC.;   )   **INC.**
QUEST DIAGNOSTICS, INC.;        )
15   NEXTGEN HEALTHCARE          )
INFORMATION SYSTEMS, INC.;     )
16   HENRY SCHEIN MEDICAL SYSTEMS,)
INC.; HEWLETT-PACKARD         )
17   COMPANY; APRIMA MEDICAL      )
SOFTWARE, INC.;                    )
18   eCLINICALWORKS, LLC; MED3000,   )
INC.; PULSE SYSTEMS, INC.;       )
19   COMPULINK BUSINESS SYSTEMS,   )
INC.; NEXTECH SYSTEMS, INC.;     )
20   NAVINET, INC.; successEHS, INC.;    )
athenaHEALTH, INC.               )
21                                       )
                Defendants.     )
22                                       )

23

24

25

26

27

28

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CALIFORNIA

TO THE CLERK OF THE ABOVE-ENTITLED COURT, NAVINET, INC., AND TO ITS COUNSEL OF RECORD:

Plaintiff Medsquire, LLC ("Medsquire") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant NaviNet, Inc. ("NaviNet") on the ground that said defendant has failed to respond to the Second Amended Complaint within the time prescribed by the Order of this Court entered October 25, 2011.

As set forth in the accompanying Declaration of Lawrence M. Hadley, Medsquire served NaviNet with the Complaint on June 2, 2011. On July 18, 2011, NaviNet appear in the action, through its counsel, John, M. Adams, by filing a Joinder in a motion to dismiss. After the Court granted the motion to dismiss, and Medsquire amended the Complaint, NaviNet and the other defendants stipulated with Medsquire regarding the filing of a Second Amended Complaint ("SAC"). On October 25, 2011 the Court granted the stipulation, and ordered that Medsquire file its SAC on that date. The Court's Order also directed that each Defendant respond to the SAC on or before November 8, 2011. In accordance with the Court's Order, Medsquire manually filed the SAC on October 25, 2011. On October 27, 2011, Medsquire electronically filed the Second Amended Complain as stamped "filed" by the Court. On October 27, 2011, the Court's Case Management/Electronic Case Files ("CM/ECF") provided email notification of the filing of the Second Amended Complaint.

DATED:     November 10, 2011          MCKOOL SMITH HENNIGAN, P.C.

By  /s/Lawrence M. Hadley
          Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CALIFORNIA