# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __Nguyen__

From: __G. Rayford__, Deputy Clerk   Date Received: __11/8/2011__

Case No.: __CV11-4504 JHN (PLAx)__ Case Title: __Medsquire LLC v Spring Medical__

Document Entitled: __Counter Claim of Defendant Pulse systems inc__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1  Document not legible
- ☐ Local Rule 11-3.8  Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1  No copy provided for judge
- ☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1    Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1     Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
- ☒ Other: __Caption incomplete__

FILED
CLERK, U.S. DISTRICT COURT
NOV 10 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

__11/9/11__
Date

_____
U.S. District Judge / U.S. Magistrate Judge

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

_____
Date

_____
U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)   NOTICE OF DOCUMENT DISCREPANCIES

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007 672-579