| | |
|---|---|
| 1 | JEFFREY T. THOMAS, SBN 106409, |
|   | jtthomas@gibsondunn.com |
| 2 | DAVID A. SEGAL, SBN 166635 |
|   | dsegal@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
|   | 3161 Michelson Drive |
| 4 | Irvine, CA  92612-4412 |
|   | Telephone:  949.451.3800 |
| 5 | Facsimile:   949.451.4220 |
| 6 | Attorneys for Defendant |
|   | HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC, | CASE NO.:  2:11-cv-04504-JHN-PLAx |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE WITH REGARD TO HEWLETT-PACKARD COMPANY** |
| v. | |
| SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC., | ([Proposed] Order Lodged Concurrently Herewith) |
| Defendants. | |
| eCLINICALWORKS, LLC, | |
| Counterclaimant, | |
| v. | |
| MEDSQUIRE, LLC, | |
| Counterdefendant. | |

1  WHEREAS, Plaintiff Medsquire, LLC ("Medsquire") and Defendant Hewlett-Packard Company ("HP") have entered into a confidential settlement agreement in this matter (the "Agreement"); and

 WHEREAS, pursuant to the parties' Agreement, Medsquire desires to dismiss all its claims of its Second Amended Complaint against HP with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Medsquire and HP that:

 (1)  All claims in the above-captioned action shall be dismissed with prejudice; and

 (2)  Each party shall bear its own costs, expenses and attorneys' fees in connection with this action.

 The parties further respectfully request that the Court retain jurisdiction over the parties relating to any enforcement of the Agreement.

Dated: November 16, 2011

JEFFREY T. THOMAS
DAVID A. SEGAL
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jeffrey T. Thomas
    Jeffrey T. Thomas

Attorneys for Defendant HEWLETT-PACKARD COMPANY

Dated: November 16, 2011

LAWRENCE M. HADLEY
MCKOOL SMITH HENNIGAN, P.C.

By: /s/ Lawrence M. Hadley
    Lawrence M. Hadley

Attorneys for Plaintiff and Counterdefendant, MEDSQUIRE, LLC

101182179.2

2