1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.,<br><br>　　　　　Defendants. | CASE NO.: 2:11-cv-04504-JHN-PLAx<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE WITH REGARD TO DEFENDANT HEWLETT-PACKARD COMPANY** |
| eCLINICALWORKS, LLC,<br><br>　　　　　Counterclaimant,<br><br>　　　v.<br><br>MEDSQUIRE, LLC,<br><br>　　　　　Counterdefendant. | |

In accordance with the Stipulation of Dismissal filed on November 16, 2011, by and between Plaintiff Medsquire LLC ("Medsquire") and Defendant Hewlett-Packard Company ("HP"), and FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

(1) Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims in the above-captioned action against HP are dismissed with prejudice;

(2) Each party shall bear its own costs, expenses, and attorneys' fees in connection with this action; and

(3) The Court shall retain jurisdiction over the parties relating to any enforcement of the confidential settlement agreement entered into between Medsquire and HP.

Dated: _____

　　　　　　　　　　　　　　　　　　Jacqueline H. Nguyen
　　　　　　　　　　　　　　　　　　United States District Judge

Submitted by:

JEFFREY T. THOMAS, SBN 106409,
  jtthomas@gibsondunn.com
DAVID A. SEGAL, SBN 166635
  dsegal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:  949.451.4220


By   */s/ Jeffrey T. Thomas*
　　　Jeffrey T. Thomas

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

101182197.1