1  LAWRENCE M. HADLEY (SBN 157728)
   lhadley@mckoolsmithhennigan.com
2  **MCKOOL SMITH HENNIGAN, P.C.**
   865 South Figueroa Street, Suite 2900
3  Los Angeles, California 90017
   (213) 694-1200 - Telephone
4  (213) 694-1234 - Facsimile

5  Attorneys for Plaintiff MEDSQUIRE, LLC

6  REED SMITH LLP
   Kirsten R. Rydstrom (*admitted pro hac vice*)
7  Reed Smith Centre
   225 Fifth Avenue
8  Pittsburgh, PA  15222-2716
   Telephone:  (412) 288-3131
9  Facsimile:  (412) 288-3063

10 Attorneys For Defendant MED3000, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC | Case No. CV11-4504-JHN (PLAx) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE RE MED3000** |
| SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC. | **[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]** |
| Defendants. | |

WHEREAS, Plaintiff Medsquire, LLC, and Defendant MED3000, have reached an amicable settlement of the disputes raised in this action as contained in a separate Patent License and Settlement Agreement ("Agreement");

WHEREAS, Plaintiff agrees to dismiss all its claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a) in accordance with the terms of the Agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiff Medsquire, LLC, and Defendant MED3000 that all claims in the above-captioned action shall, in accordance with the following Order of Dismissal, be dismissed with prejudice and that each party shall bear its own costs, expenses and attorneys' fees.

DATED:   November 30, 2011      **MCKOOL SMITH HENNIGAN, P.C.**

By    /s/ Lawrence M. Hadley
         Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

DATED:   November 30, 2011      **REED SMITH LLP**

By    /s/ Kirsten R. Rydstrom
         Kirsten R. Rydstrom

Attorneys for Defendant MED3000, Inc.