# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.;<br>QUEST DIAGNOSTICS, INC.;<br>NEXTGEN HEALTHCARE<br>INFORMATION SYSTEMS, INC.;<br>HENRY SCHEIN MEDICAL SYSTEMS,<br>INC.; HEWLETT-PACKARD<br>COMPANY; APRIMA MEDICAL<br>SOFTWARE, INC.;<br>eCLINICALWORKS, LLC; MED3000,<br>INC.; PULSE SYSTEMS, INC.;<br>COMPULINK BUSINESS SYSTEMS,<br>INC.; NAVINET, INC.; successEHS,<br>INC.; athenaHEALTH, INC.<br><br>　　　　　　　Defendants.<br><br>eCLINICALWORKS, LLC;<br><br>　　　　　　　Counterclaimant,<br><br>vs.<br><br>MEDSQUIRE, LLC;<br><br>　　　　　　　Counterdefendant. | Case No. CV11-4504-JHN (PLAx)<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE RE MED3000** |

McKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CALIFORNIA

CV11-4504-JHN (PLAx)
1778461.1

ORDER OF DISMISSAL

1     Pursuant to the Stipulation of Dismissal by and among Plaintiff Medsquire, LLC, and Defendant MED3000, Inc.;

    IT IS HEREBY ORDERED THAT:

    Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in the above-captioned action are dismissed with prejudice, as provided in the parties' Patent License and Settlement Agreement, and each party shall bear its own costs, expenses, and attorneys' fees.

    SO ORDERED.

DATED: _____

                            UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

MCKOOL SMITH HENNIGAN, P.C.
LAWRENCE M. HADLEY (SBN 157728)
(lhadley@ mckoolsmithhennigan.com)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff and Counterdefendant,
MEDSQUIRE, LLC