McKool Smith Hennigan, P. C.
LOS ANGELES, CALIFORNIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC | Case No. **2:11-cv-04504-JHN -PLAx** |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE RE MED3000** |
| vs. | |
| SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC. | |
| Defendants. | |
| eCLINICALWORKS, LLC; | |
| Counterclaimant, | |
| vs. | |
| MEDSQUIRE, LLC; | |
| Counterdefendant. | |

**ORDER OF DISMISSAL**

1    Pursuant to the Stipulation of Dismissal by and among Plaintiff Medsquire,

2  LLC, and Defendant MED3000, Inc.;

3    IT IS HEREBY ORDERED THAT:

4    Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in the above-

5  captioned action are dismissed **with prejudice**, as provided in the parties' Patent

6  License and Settlement Agreement, and each party shall bear its own costs,

7  expenses, and attorneys' fees.

8    SO ORDERED.

9

10 DATED:  December 02, 2011

11    UNITED STATES DISTRICT JUDGE

12

13 SUBMITTED BY:

14 MCKOOL SMITH HENNIGAN, P.C.
   LAWRENCE M. HADLEY (SBN 157728)
15 (lhadley@ mckoolsmithhennigan.com)
   865 South Figueroa Street, Suite 2900
16 Los Angeles, California 90017
   (213) 694-1200 - Telephone
17 (213) 694-1234 - Facsimile

18 Attorneys for Plaintiff and Counterdefendant,
    MEDSQUIRE, LLC
19

20

21

22

23

24

25

26

27

28