LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
**MCKOOL SMITH HENNIGAN, P.C.**
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff MEDSQUIRE, LLC

PEPPER HAMILTON LLP
Noah V. Malgeri (*admitted pro hac vice*)
15th Floor, Oliver Street Tower
125 High Street
Boston, MA 02110-2736
617.204.5128 - Telephone
617.204.5150 - Facsimile

Attorneys For Defendant
NextGen Healthcare Information Systems, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>Defendants. | Case No. CV11-4504-JHN (PLAx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE RE NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.**<br><br>**[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]** |

1  WHEREAS, Plaintiff Medsquire, LLC, and Defendant NextGen Healthcare Information Systems, Inc. ("NextGen") have reached a resolution of this matter;

WHEREAS, Plaintiff agrees to dismiss all its claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a);

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiff Medsquire, LLC, and Defendant NextGen that all claims in the above-captioned action shall, in accordance with the following Order of Dismissal, be dismissed with prejudice and that each party shall bear its own costs, expenses and attorneys' fees.

DATED:   January 10, 2012          **MCKOOL SMITH HENNIGAN, P.C.**

By   */s/ Lawrence M. Hadley*
          Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

DATED:   January 10, 2012          **PEPPER HAMILTON LLP**

By   */s/ Noah V. Malgeri*
          Noah V. Malgeri

Attorneys for Defendant NextGen Healthcare Information Systems, Inc.