1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC | Case No. CV11-4504-JHN (PLAx) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE RE NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.** |
| SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC. | |
| Defendants. | |
| eCLINICALWORKS, LLC; | |
| Counterclaimant, | |
| vs. | |
| MEDSQUIRE, LLC; | |
| Counterdefendant. | |

McKool Smith Hennigan, P.C.
Los Angeles, California

CV11-4504-JHN (PLAx)
1783960.1

ORDER OF DISMISSAL

1    Pursuant to the Stipulation of Dismissal by and among Plaintiff Medsquire, LLC, and Defendant NextGen Healthcare Information Systems, Inc.;

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in the above-captioned action are dismissed with prejudice, and each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED.

DATED: _____

UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

MCKOOL SMITH HENNIGAN, P.C.
LAWRENCE M. HADLEY (SBN 157728)
(lhadley@mckoolsmithhennigan.com)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff and Counterdefendant,
MEDSQUIRE, LLC