# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC.<br><br>    Defendants.<br><br>eCLINICALWORKS, LLC;<br><br>    Counterclaimant,<br><br>vs.<br><br>MEDSQUIRE, LLC;<br><br>    Counterdefendant. | Case No. 2:11-cv-04504-JHN -PLAx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE RE NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.** |

CV11-4504-JHN (PLAx)
1783960.1

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of Dismissal by and among Plaintiff Medsquire, LLC, and Defendant NextGen Healthcare Information Systems, Inc.;

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in the above-captioned action are dismissed with prejudice, and each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED.

DATED: January 11, 2012

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

MCKOOL SMITH HENNIGAN, P.C.
LAWRENCE M. HADLEY (SBN 157728)
(lhadley@ mckoolsmithhennigan.com)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiff and Counterdefendant,
 MEDSQUIRE, LLC