1  LAWRENCE M. HADLEY (SBN 157728)
   lhadley@mckoolsmithhennigan.com
2  **MCKOOL SMITH HENNIGAN, P.C.**
   865 South Figueroa Street, Suite 2900
3  Los Angeles, California 90017
   (213) 694-1200 - Telephone
4  (213) 694-1234 - Facsimile

5  Attorneys for Plaintiff MEDSQUIRE, LLC

6  D. JAMES PAK (SBN 194331)
   D.JAMES.PAK@BAKERMCKENZIE.COM
7  **BAKER & MCKENZIE LLP**
   12544 High Bluff Drive, Third Floor
8  San Diego, California 92130-3051
   Telephone: +1 858 523 6200
9  Facsimile: +1 858 259 8290

10 Attorneys For Defendant
   QUEST DIAGNOSTICS INCORPORATED
11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| MEDSQUIRE, LLC | Case No. CV11-4504-JHN (PLAx) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE RE QUEST DIAGNOSTICS INCORPORATED** |
| SPRING MEDICAL SYSTEMS, INC.; QUEST DIAGNOSTICS, INC.; NEXTGEN HEALTHCARE INFORMATION SYSTEMS, INC.; HENRY SCHEIN MEDICAL SYSTEMS, INC.; HEWLETT-PACKARD COMPANY; APRIMA MEDICAL SOFTWARE, INC.; eCLINICALWORKS, LLC; MED3000, INC.; PULSE SYSTEMS, INC.; COMPULINK BUSINESS SYSTEMS, INC.; NAVINET, INC.; successEHS, INC.; athenaHEALTH, INC. | **[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]** |
| Defendants. | |

WHEREAS, Plaintiff Medsquire, LLC, and Defendant Quest Diagnostics Incorporated ("Quest"), have reached an amicable settlement of the disputes raised in this action as contained in a separate Patent License and Settlement Agreement ("Agreement");

WHEREAS, Plaintiff agrees to dismiss all its claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a) in accordance with the terms of the Agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiff Medsquire, LLC, and Defendant Quest Diagnostics Incorporated that all claims in the above-captioned action shall, in accordance with the following Order of Dismissal, be dismissed with prejudice and that each party shall bear its own costs, expenses and attorneys' fees.

DATED: March 23, 2012          **MCKOOL SMITH HENNIGAN, P.C.**

By   */s/ Lawrence M. Hadley*
          Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

DATED: March 23, 2012          **BAKER & MCKENZIE LLP**

By   */s/ D. James Pak*
          D. James Pak

Attorneys for Defendant Quest Diagnostics Incorporated